# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLH TOPCO LLC, *et al.,*[1] | Case No. 25-10576 (CTG) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES OF DEBTOR
## BLH ACQUISITION CO., LLC (CASE NO. 25-10578)

---

1    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: BLH TopCo LLC (9009); BLH HoldCo LLC (7735); BLH Acquisition Co., LLC (5779); BLH Restaurant Franchises LLC (8093); and BLH White Marsh LLC (2950). The Debtors' mailing address is 15305 Dallas Parkway, 12th Floor, Addison, TX 75001.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLH TOPCO LLC, et al.,<br>　　　　　　　　Debtors. | Case No. 25-10576 (CTG) |
| | (Jointly Administered) |

### GLOBAL NOTES TO THE DEBTORS' SCHEDULES OF
### ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The debtors and debtors in possession in the above-captioned cases (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These notes pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements. These notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.[1]

The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of the information and data used in preparing the Schedules and Statements. Inadvertent errors, omissions or inaccuracies may exist in the Schedules and Statements. The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

**Basis of Presentation**. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") and are not intended to be fully reconciled with any financial statements or other reporting of the Debtors.

**"As of" Information Date**. Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these notes is

---

[1]    These notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

provided as of March 25, 2025 (the "Petition Date") or as close thereto as reasonably practicable under the circumstances.

**Available Information**.   In preparing the Schedules and Statements, the Debtors relied upon information from their books and records available at the time of such preparation and upon the knowledge and belief of the Debtors or their agents where appropriate.   Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors, omissions or inaccuracies may exist in the Schedules and Statements, and the receipt or discovery of subsequent information may result in material changes to the Schedules and Statements. The Debtors, and their employees, officers, agents, advisors and attorneys, do not guarantee or warrant the accuracy or completeness of the data that is provided herein.   The Debtors, on behalf of themselves and their employees, officers, agents, advisors, attorneys, disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements, and reserve all rights with respect thereto. The Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary and appropriate.   Notwithstanding the foregoing, the Debtors and their officers, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as expressly required by the Bankruptcy Code.

**Summary of Significant Reporting Policies**.   The following is a summary of certain significant reporting policies:

       a.     **Valuation**.   It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets.   The Debtors do not have current market valuations for all estate assets. Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is indicated herein or in the Schedules and Statements), and may not reflect the net realizable value. Book values of assets prepared in accordance with GAAP generally do not, and any estimates may not, reflect the current market value of the assets and may differ materially from the actual value of the underlying assets.   Accordingly, nothing in the Schedules or Statements is or shall be deemed to be an admission with respect to such values.   The Debtors reserve the right to amend such values or estimates to reflect changes in underlying assumptions or the receipt of additional information.

       b.     **Estimates and Assumptions**.   Because of the timing of the filings, the Debtors were required to make certain estimates and assumptions that may have affected the reported amounts of these assets and liabilities. Actual results could differ from those estimates, perhaps materially. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

       c.     **First Day Orders**.   In most instances, amounts paid under various "first day orders", including but not limited to the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing (A) Payment of Prepetition Wages, Employee Benefits Obligations*

*and Other Compensation, (B) Continuation of Employee Benefits Programs and Payment of Related Administrative Obligations; and (II) Granting Related Relief* [Docket #16] (the "<u>Wages Motion</u>"), are excluded from the Schedules and Statements.

d.    **Payables, Credits and Adjustments**.  Claims of creditors are listed in the amounts recorded on the Debtors' books and records, based on invoices received and other relevant documentation from or contracts with such creditors.  These amounts may not reflect certain credits, set-offs, allowances or other adjustments due from such creditors.

e.    **Leases**.  Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired).

f.    **Excluded Assets and Liabilities.**  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including without limitation net operating losses, accrued salaries, and employee benefit accruals.  The Debtors have also excluded rejection damages claims of counterparties to executory contracts and unexpired leases that may (or may not) be rejected. In addition, certain immaterial assets and liabilities may have been excluded.

g.    **Executory Contracts and Unexpired Leases**.  Executory contracts and unexpired leases have been set forth on Schedule G but are incorporated into Schedule A/B as applicable.  The Schedules and Statements do not reflect any claims or estimates for contract rejection damages.

h.    **Intellectual Property Rights.**  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a license or other transaction.  The Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

i.    **Causes of Action.**  Despite efforts to identify known assets, the Debtors may not have listed all their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or

3

undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law it may have, and neither these notes nor the Schedules and Statements shall be deemed a waiver of any such claims or causes of action or in any way prejudice or impair the assertion of such claims or causes of action.

       j.    **Accounting.** There may be instances within the Schedules and Statements where title to an asset is with one of the Debtor holding companies but in the ordinary course of conduct arising prior to these cases such assets have been accounted for as being owned or held by another Debtor holding company. The Debtors do not believe that any such instances are material and the Schedules or Statements generally treat such items consistent with past practices.

       k.    **Fiscal Year.** The Debtors employ a 52-53 week fiscal year ending on the Sunday nearest December 31 of each year.

       l.    **Confidentiality.** There may be instances within the Schedules and Statements where names and/or addresses have been redacted or left blank out of concerns for confidentiality or privacy of individuals, including without limitation employee addresses. To the extent that certain addresses are withheld, the Debtor will make such addresses available upon reasonable request subject to any applicable law.

**Unknown or Undetermined Amounts**. Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

**503(b)(9) and PACA/PASA Claims**. The liabilities listed on the Schedules and Statements do not reflect any analysis of any claims under section 503(b)(9) of the Bankruptcy Code or PACA and PASA (as those terms are defined in the motion filed at Docket No. 14 in the Debtors' jointly-administered chapter 11 cases).

**Signature**. The Schedules and Statements are signed by Leslie Crook, Chief Administrative Officer for the Debtors and an authorized signatory of the Debtors. In reviewing and signing the Statements and Schedules, Ms. Crook has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Ms. Crook has not (and could not have) personally verified the accuracy of each statement and representation contained in the Statements and Schedules, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

**Reservation of Rights**. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim description or designation; (ii) dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (iii) subsequently designate any claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed. Furthermore,

nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including without limitation issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in these notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by the Bankruptcy Code or otherwise ordered by the Court.

## NOTES FOR SCHEDULES

**Schedule A/B – Assets – Real and Personal Property**. All leasehold improvements and equipment identified on Schedule A/B, Parts 7, 8 or 9 are listed net of depreciation and/or amortization, but do not reflect impairment reserves. The Debtors list equipment and furniture on Schedule A/B, Items 39-41 and construction in progress and leasehold improvements on Schedule A/B, Item 55 in subtotals due to the difficulty and volume of listing such items by store and/or component. The Debtors and their estates reserve all rights they may have under applicable law in connection with their asserted real property lease interests.

Schedule A/B, Item 25 reflects disbursements made for goods purchased in the 20 days prior to petition. As many of these goods are perishable, it is likely that a good portion of these goods have been sold within that 20 day period.

Schedule A/B, Item 55, lists only those leases that the Debtors intend to maintain going forward, along with the net book value of the related Right of Use asset. All previously closed locations, including those closed just prior to the petition date and which leases the Debtors have rejected the leases as of the petition date, have not been assigned a value as of the Petition Date as the amounts are unknown.

Certain intangible assets or intellectual property are listed on Schedule A/B, Part 10 with a $0.00 value, or an unknown or undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors.

The Debtors have listed causes of action or potential causes of action against third parties as assets in Schedule A/B, Item 74 that are pending. The Debtors have not listed all possible actions including, but not limited to, causes of action are aware arising under the Bankruptcy Code or any other applicable laws (including, but not limited to, intellectual property laws, securities laws, or corporate governance laws).

**Schedule D – Creditors Who Have Claims Secured by Property**. The Debtors have included on Schedule D all claims they believe are secured. They have not included all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies or other parties that may hold security interests.

The descriptions of claims and collateral in Schedule D are provided in summary form only. Reference must be made to the applicable transaction documents to obtain a complete description of the claims secured by collateral and the collateral securing such claims.

**Schedule E/F – Creditors Who Have Unsecured Claims**.

**Part 2**.   Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtors; accordingly, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts.   Where able, the Debtors have reflected claims on Part 2 of Schedule E/F net of deposits, retainers, and prepayments.

Neither the Debtors nor, to the of the Debtors' knowledge, information, and belief, their third party administrators have contact or noticing information for the holders of the gift cards.   Therefore, such creditors are not identified in the Schedules.

**Schedule G – Executory Contracts and Unexpired Leases**.   Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease.   Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date or is valid or enforceable.   The agreements listed on Schedule G may have expired, or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G.

## NOTES FOR STATEMENTS

**Statement 3**.   Statement 3 includes disbursements or other transfers made by the Debtors prior to filing but does not include for payments on account of compensation paid to employees in the 90 days prior to the Petition Date, all of which is described in the Wages Motion.

**Statement 26(d)**.   From time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, vendors, landlords, debtholders and their legal and financial advisors.   Due to the confidentiality requirements of related non-disclosure agreements, and the number of parties that have received such statements, such parties are not listed in response to this question.

**Global Notes Control.**  In the event that the Schedules or Statements differ from any of the foregoing notes, the notes shall control.

**Fill in this information to identify the case:**

Debtor name: BLH Acquisition Co., LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 25-10578

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B | $0.00 |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B | $20,665,813.87 |
| 1c. **Total of all property:** Copy line 92 from Schedule A/B | $20,665,813.87 |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$67,526,793.54

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F | $0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $8,756,971.35 |

**4. Total Liabilities**
Lines 2 + 3a + 3b

$76,283,764.89

**Fill in this information to identify the case:**

Debtor name: BLH Acquisition Co., LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 25-10578

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $83,250.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|---|
| 3.1 | Bank of America | BOA Depository Account | 5256 | $5,500.88 |
| 3.2 | JP Morgan Chase | Operating Account | 3090 | $31,961.43 |
| 3.3 | JP Morgan Chase | Accounts Payable ACH Account | 9131 | $0.00 |
| 3.4 | JP Morgan Chase | Accounts Payable Checking Account | 9057 | $0.00 |
| 3.5 | JP Morgan Chase | Credit Card Deposit Account | 8760 | $0.00 |
| 3.6 | JP Morgan Chase | Store Cash Deposit Account | 9263 | $0.00 |

| 3.7 | JP Morgan Chase | Franchise Deposit Account | 9876 | $0.00 |
|---|---|---|---|---|
| 3.8 | JP Morgan Chase | Payroll Account | 8885 | $0.00 |
| 3.9 | JP Morgan Chase | Chase Credit Card Guarantee Deposit Account | 2107 | $132,578.33 |
| 3.10 | PNC | PNC Store Deposit Account | 3344 | $18,428.71 |

**4. Other cash equivalents** *(Identify all)*

| 4.1 | Escrow - Sedgwick General Liability Claims | $25,000.00 |
|---|---|---|
| 4.2 | Escrow - Gallagher GL Claims | $10,000.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $306,719.35 |
|---|---|

**Part 2:    Deposits and prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | Electric Deposit - Coconut Creek | $7,095.00 |
|---|---|---|
| 7.2 | Electric Deposit - Murfreesboro | $8,500.00 |
| 7.3 | Electric Deposit - Myrtle Beach | $10,000.00 |
| 7.4 | Electric Deposit - Northridge | $13,000.00 |
| 7.5 | Electric Deposit - Orlando Airport | $6,430.00 |
| 7.6 | Electric Deposit - UCF | $6,955.00 |
| 7.7 | Electric Deposit - Winter Park | $1,200.00 |
| 7.8 | Gas Deposit - Coconut Creek | $635.12 |

| | |
|---|---|
| 7.9 | |
| Gas Deposit - Orlando Airport | $455.24 |
| 7.10 | |
| Gas Deposit - Tampa | $565.56 |
| 7.11 | |
| Gas Deposit - UCF | $555.24 |
| 7.12 | |
| Gas Deposit - Winter Park | $566.06 |
| 7.13 | |
| Security Deposit - Dearborn | $20,000.00 |
| 7.14 | |
| Security Deposit - G&A-Corporate | $23,828.41 |
| 7.15 | |
| Security Deposit - North Shore | $18,612.00 |
| 7.16 | |
| Security Deposit - Park Lane | $16,666.67 |
| 7.17 | |
| Security Deposit - South Arlington | $24,845.22 |
| 7.18 | |
| Security Deposit - Woodlands CAM | $4,865.00 |
| 7.19 | |
| Security Deposit - Woodlands Rent | $14,667.92 |
| 7.20 | |
| Water Deposit - Myrtle Beach | $340.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | |
|---|---|
| 8.1 | |
| Prepaid Licenses and Permits, LiquorLicense.com | $22,045.67 |
| 8.2 | |
| Property Insurance, Harford, 8144 Walnut Hill Lane, 16th Floor, Dallas, TX 75231 | $25,130.90 |
| 8.3 | |
| General Liability and Auto Insurance, CNA, 333 S. Wabash Ave, Ste 4, Chicago, IL 60606 | $434,612.70 |
| 8.4 | |
| D&0, GL and Cyber Insurance, IPFS, PO Box 412086, Kansas City, MO 64141-2066 | $119,648.36 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| |
|---|
| $781,220.07 |

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**11. Accounts receivable**

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. | 90 days old or less: | $2,151,306.95 | − $0.00 | = ........ ➔ $2,151,306.95 |
| | | face amount | doubtful or uncollectible accounts | |
| 11b. | Over 90 days old: | $0.00 | − $0.00 | = ........ ➔ $0.00 |
| | | face amount | doubtful or uncollectible accounts | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $2,151,306.95 |
|---|

---

**Part 4:  Investments**

---

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | | |
|---|---|---|---|
| | None | | |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                      % of ownership:

| 15.1 | BLH Restaurant Franchises LLC | 100 | | Undetermined |
|---|---|---|---|---|
| 15.2 | BLH White Marsh LLC | 100 | | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | | | |
|---|---|---|---|
| | None | | |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

---

**Part 5:  Inventory, excluding agriculture assets**

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Inventory Bakery | 2/23/2025 | $22,338.99 | Net Book Value | Undetermined |
| 19.2 Inventory Bar Consumables | 2/23/2025 | $97,564.57 | Net Book Value | Undetermined |
| 19.3 Inventory Beer | 2/23/2025 | $199,629.12 | Net Book Value | Undetermined |
| 19.4 Inventory Cooking Oil | 2/23/2025 | $47,413.51 | Net Book Value | Undetermined |
| 19.5 Inventory Dairy Products | 2/23/2025 | $43,870.46 | Net Book Value | Undetermined |
| 19.6 Inventory Groceries/Dry Goods | 2/23/2025 | $166,205.83 | Net Book Value | Undetermined |
| 19.7 Inventory Liquor | 2/23/2025 | $374,975.99 | Net Book Value | Undetermined |
| 19.8 Inventory Meat | 2/23/2025 | $45,650.08 | Net Book Value | Undetermined |
| 19.9 Inventory Merchandise | 2/23/2025 | $0.00 | Net Book Value | Undetermined |
| 19.10 Inventory Non-Alcoholic | 2/23/2025 | $58,413.40 | Net Book Value | Undetermined |
| 19.11 Inventory Poultry | 2/23/2025 | $55,842.42 | Net Book Value | Undetermined |
| 19.12 Inventory Produce | 2/23/2025 | $29,467.82 | Net Book Value | Undetermined |
| 19.13 Inventory Seafood | 2/23/2025 | $21,759.50 | Net Book Value | Undetermined |
| 19.14 Inventory Wine | 2/23/2025 | $80,415.87 | Net Book Value | Undetermined |
| **20. Work in progress** | | | | |
| 20.1 None | | | | None |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 None | | | | None |

**22. Other inventory or supplies**

22.1

| | | | | |
|---|---|---|---|---|
| Inventory Supplies | 2/23/2025 | $433,291.31 | | Undetermined |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $1,556,935.31 |
|---|

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes   Book value   $1,899,743.33   Valuation method   Net Book Value   Current value   Undetermined

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops—either planted or harvested**

28.1

| | | | $0.00 |
|---|---|---|---|

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

29.1

| | | | $0.00 |
|---|---|---|---|

**30. Farm machinery and equipment** (Other than titled motor vehicles)

30.1

| | | | $0.00 |
|---|---|---|---|

**31. Farm and fishing supplies, chemicals, and feed**

31.1

| | | | $0.00 |
|---|---|---|---|

**32. Other farming and fishing-related property not already listed in Part 6**

32.1

| | | | $0.00 |
|---|---|---|---|

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **39. Office furniture** | | | |
| 39.1  None | | | $0.00 |
| **40. Office fixtures** | | | |
| 40.1  None | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Office Cash Registers & Computers | $139,607.36 | Net Book Value | Undetermined |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | | | None |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

          $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>None | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>None | | | |
| **49. Aircraft and accessories** | | | |
| 49.1<br>None | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Audio/Video Equipment | $223,574.04 | Net Book Value | Undetermined |
| 50.2<br>Bar Equipment | $411,690.26 | Net Book Value | Undetermined |
| 50.3<br>Cash Registers/Computers | $120,947.9 | Net Book Value | Undetermined |
| 50.4<br>Dish Machine Lease Allen | $0.00 | Net Book Value | Undetermined |
| 50.5<br>Dish Machine Lease Ashburn | $3,142.25 | Net Book Value | Undetermined |
| 50.6<br>Dish Machine Lease Auburn Hills | $1,898.40 | Net Book Value | Undetermined |
| 50.7<br>Dish Machine Lease Baybrook | $3,228.91 | Net Book Value | Undetermined |
| 50.8<br>Dish Machine Lease Bellevue | $3,461.68 | Net Book Value | Undetermined |
| 50.9<br>Dish Machine Lease Bolingbrook | $2,753.15 | Net Book Value | Undetermined |
| 50.10<br>Dish Machine Lease Brier Creek | $8,427.08 | Net Book Value | Undetermined |

| | | | |
|---|---|---|---|
| 50.11<br>Dish Machine Lease Center Valley | $1,560.52 | Net Book Value | Undetermined |
| 50.12<br>Dish Machine Lease Chesterfield | $0.00 | Net Book Value | Undetermined |
| 50.13<br>Dish Machine Lease Clinton Township | $12,635.06 | Net Book Value | Undetermined |
| 50.14<br>Dish Machine Lease Coconut Creek | $5,626.08 | Net Book Value | Undetermined |
| 50.15<br>Dish Machine Lease Dearborn | $989.29 | Net Book Value | Undetermined |
| 50.16<br>Dish Machine Lease Dearborn Michigan | $5,531.66 | Net Book Value | Undetermined |
| 50.17<br>Dish Machine Lease Denver | $1,503.73 | Net Book Value | Undetermined |
| 50.18<br>Dish Machine Lease Downey | $6,944.48 | Net Book Value | Undetermined |
| 50.19<br>Dish Machine Lease East Brunswick | $12,460.98 | Net Book Value | Undetermined |
| 50.20<br>Dish Machine Lease Firewheel | $0.00 | Net Book Value | Undetermined |
| 50.21<br>Dish Machine Lease Foxboro | $4,709.28 | Net Book Value | Undetermined |
| 50.22<br>Dish Machine Lease Gainesville | $1,756.39 | Net Book Value | Undetermined |
| 50.23<br>Dish Machine Lease Hampton | $2,335.46 | Net Book Value | Undetermined |
| 50.24<br>Dish Machine Lease Herndon | $0.00 | Net Book Value | Undetermined |
| 50.25<br>Dish Machine Lease Jordan Creek | $2,597.46 | Net Book Value | Undetermined |
| 50.26<br>Dish Machine Lease Kirkwood | $0.00 | Net Book Value | Undetermined |
| 50.27<br>Dish Machine Lease La Cantera | $0.00 | Net Book Value | Undetermined |
| 50.28<br>Dish Machine Lease Lakewood | $5,124.27 | Net Book Value | Undetermined |
| 50.29<br>Dish Machine Lease Livonia | $4,950.89 | Net Book Value | Undetermined |
| 50.30<br>Dish Machine Lease Lyndhurst | $6,055.47 | Net Book Value | Undetermined |

| 50.31 |  |  |  |
|---|---|---|---|
| Dish Machine Lease Murfreesboro | $2,050.29 | Net Book Value | Undetermined |

| 50.32 |  |  |  |
|---|---|---|---|
| Dish Machine Lease Music Factory | $0.00 | Net Book Value | Undetermined |

| 50.33 |  |  |  |
|---|---|---|---|
| Dish Machine Lease Myrtle Beach | $6,731.59 | Net Book Value | Undetermined |

| 50.34 |  |  |  |
|---|---|---|---|
| Dish Machine Lease Nashville | $14,442.14 | Net Book Value | Undetermined |

| 50.35 |  |  |  |
|---|---|---|---|
| Dish Machine Lease North Shore | $1,734.26 | Net Book Value | Undetermined |

| 50.36 |  |  |  |
|---|---|---|---|
| Dish Machine Lease Northridge | $9,760.29 | Net Book Value | Undetermined |

| 50.37 |  |  |  |
|---|---|---|---|
| Dish Machine Lease Novi | $0.00 | Net Book Value | Undetermined |

| 50.38 |  |  |  |
|---|---|---|---|
| Dish Machine Lease Orlando Airport | $1,237.32 | Net Book Value | Undetermined |

| 50.39 |  |  |  |
|---|---|---|---|
| Dish Machine Lease Orlando I-Drive | $0.00 | Net Book Value | Undetermined |

| 50.40 |  |  |  |
|---|---|---|---|
| Dish Machine Lease Park Lane | $0.00 | Net Book Value | Undetermined |

| 50.41 |  |  |  |
|---|---|---|---|
| Dish Machine Lease Perrysburg | $3,643.97 | Net Book Value | Undetermined |

| 50.42 |  |  |  |
|---|---|---|---|
| Dish Machine Lease Poconos | $0.00 | Net Book Value | Undetermined |

| 50.43 |  |  |  |
|---|---|---|---|
| Dish Machine Lease South Arlington | $6,644.13 | Net Book Value | Undetermined |

| 50.44 |  |  |  |
|---|---|---|---|
| Dish Machine Lease St. Charles | $1,665.65 | Net Book Value | Undetermined |

| 50.45 |  |  |  |
|---|---|---|---|
| Dish Machine Lease Stonebridge | $3,052.94 | Net Book Value | Undetermined |

| 50.46 |  |  |  |
|---|---|---|---|
| Dish Machine Lease Tampa | $3,480.55 | Net Book Value | Undetermined |

| 50.47 |  |  |  |
|---|---|---|---|
| Dish Machine Lease Tempe | $9,009.47 | Net Book Value | Undetermined |

| 50.48 |  |  |  |
|---|---|---|---|
| Dish Machine Lease Tustin | $11,177.01 | Net Book Value | Undetermined |

| 50.49 |  |  |  |
|---|---|---|---|
| Dish Machine Lease UCF | $8,089.58 | Net Book Value | Undetermined |

| 50.50 |  |  |  |
|---|---|---|---|
| Dish Machine Lease Westgate | $13,026.00 | Net Book Value | Undetermined |

| 50.51 Dish Machine Lease Westlake | $11,689.73 | Net Book Value | Undetermined |
|---|---|---|---|
| 50.52 Dish Machine Lease White Marsh | $7,332.90 | Net Book Value | Undetermined |
| 50.53 Dish Machine Lease Woodlands | $5,550.86 | Net Book Value | Undetermined |
| 50.54 Furniture and Fixtures | $941,171.26 | Net Book Value | Undetermined |
| 50.55 Kitchen Equipment | $1,529,211.71 | Net Book Value | Undetermined |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $0.00 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:  Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Bar Louie - Ashburn | Lease and Improvements | $922,780.98 | N/A | Undetermined |
| 55.2 Bar Louie - Auburn Hills | Lease and Improvements | $13,598.62 | N/A | Undetermined |
| 55.3 Bar Louie - Baybrook | Lease and Improvements | $296,708.58 | N/A | Undetermined |
| 55.4 Bar Louie - Bolingbrook | Lease and Improvements | $1,745,292.44 | N/A | Undetermined |
| 55.5 Bar Louie - Brier Creek | Lease and Improvements | $267,185.24 | N/A | Undetermined |

| | | | | |
|---|---|---|---|---|
| 55.6 | Bar Louie - Center Valley | Lease and Improvements | $1,378,943.94 | N/A | Undetermined |
| 55.7 | Bar Louie - Chesterfield | Lease and Improvements | $1,759,743.34 | N/A | Undetermined |
| 55.8 | Bar Louie - Clinton Township | Lease and Improvements | $556,232.60 | N/A | Undetermined |
| 55.9 | Bar Louie - Coconut Creek | Lease and Improvements | $282,809.47 | N/A | Undetermined |
| 55.10 | Bar Louie - Dearborn | Lease and Improvements | $10,439.69 | N/A | Undetermined |
| 55.11 | Bar Louie - Dearborn, MI | Lease and Improvements | $2,770.81 | N/A | Undetermined |
| 55.12 | Bar Louie - Denver | Lease and Improvements | $827.59 | N/A | Undetermined |
| 55.13 | Bar Louie - Downey | Lease and Improvements | $646,724.22 | N/A | Undetermined |
| 55.14 | Bar Louie - Foxboro | Lease and Improvements | $2,390,454.87 | N/A | Undetermined |
| 55.15 | Bar Louie - Gainesville | Lease and Improvements | $852,455.59 | N/A | Undetermined |
| 55.16 | Bar Louie - Hampton | Lease and Improvements | $610,468.50 | N/A | Undetermined |
| 55.17 | Bar Louie - Jordan Creek | Lease and Improvements | $940,011.77 | N/A | Undetermined |
| 55.18 | Bar Louie - Livonia | Lease and Improvements | $670,817.56 | N/A | Undetermined |
| 55.19 | Bar Louie - Lyndhurst | Lease and Improvements | $1,821.25 | N/A | Undetermined |
| 55.20 | Bar Louie - Murfreesboro | Lease and Improvements | $468,088.59 | N/A | Undetermined |
| 55.21 | Bar Louie - Music Factory | Lease and Improvements | $1,914,611.36 | N/A | Undetermined |

| 55.22 | | | | |
|---|---|---|---|---|
| | Bar Louie - Myrtle Beach | Lease and Improvements | $1,407,437.71 | N/A | Undetermined |

| 55.23 | | | | |
|---|---|---|---|---|
| | Bar Louie - Nashville | Lease and Improvements | $1,211,404.62 | N/A | Undetermined |

| 55.24 | | | | |
|---|---|---|---|---|
| | Bar Louie - North Shore | Lease and Improvements | $487,532.23 | N/A | Undetermined |

| 55.25 | | | | |
|---|---|---|---|---|
| | Bar Louie - Northridge | Lease and Improvements | $162,690.59 | N/A | Undetermined |

| 55.26 | | | | |
|---|---|---|---|---|
| | Bar Louie - Novi | Lease and Improvements | $100,910.08 | N/A | Undetermined |

| 55.27 | | | | |
|---|---|---|---|---|
| | Bar Louie - Orlando Air | Lease and Improvements | $463,252.67 | N/A | Undetermined |

| 55.28 | | | | |
|---|---|---|---|---|
| | Bar Louie - Park Lane | Lease and Improvements | $2,059.68 | N/A | Undetermined |

| 55.29 | | | | |
|---|---|---|---|---|
| | Bar Louie - Perrysburg | Lease and Improvements | $409,438.93 | N/A | Undetermined |

| 55.30 | | | | |
|---|---|---|---|---|
| | Bar Louie - S Arlington | Lease and Improvements | $753,454.71 | N/A | Undetermined |

| 55.31 | | | | |
|---|---|---|---|---|
| | Bar Louie - St Charles | Lease and Improvements | $892,016.93 | N/A | Undetermined |

| 55.32 | | | | |
|---|---|---|---|---|
| | Bar Louie - Stonebridge | Lease and Improvements | $867,623.81 | N/A | Undetermined |

| 55.33 | | | | |
|---|---|---|---|---|
| | Bar Louie - Tampa | Lease and Improvements | $961,307.11 | N/A | Undetermined |

| 55.34 | | | | |
|---|---|---|---|---|
| | Bar Louie - Tempe | Lease and Improvements | $615,842.64 | N/A | Undetermined |

| 55.35 | | | | |
|---|---|---|---|---|
| | Bar Louie - Tustin | Lease and Improvements | $948,161.54 | N/A | Undetermined |

| 55.36 | | | | |
|---|---|---|---|---|
| | Bar Louie - UCF | Lease and Improvements | $1,040,924.08 | N/A | Undetermined |

| 55.37 | | | | |
|---|---|---|---|---|
| | Bar Louie - Westgate | Lease and Improvements | $2,783,143.20 | N/A | Undetermined |

| 55.38 | | | | |
|---|---|---|---|---|
| | Bar Louie - White Marsh | Lease and Improvements | $1,253,509.47 | N/A | Undetermined |
| 55.39 | | | | |
| | Bar Louie - Winter Park | Lease and Improvements | $1,144,612.14 | N/A | Undetermined |
| 55.40 | | | | |
| | Bar Louie - Woodlands | Lease and Improvements | $833,241.23 | N/A | Undetermined |
| 55.41 | | | | |
| | Support Center Offices | Lease and Improvements | $58,033.01 | N/A | Undetermined |
| 55.42 | | | | |
| | Support Center Offices | Lease and Improvements | $18,018.58 | N/A | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | |
| Trademarks/Tradenames | $15,355,000.00 | N/A | Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 | | | |
| alittlehellion.com | Undetermined | N/A | Undetermined |
| 61.2 | | | |
| alittlehellion.net | Undetermined | N/A | Undetermined |
| 61.3 | | | |
| alittlehellion.org | Undetermined | N/A | Undetermined |
| 61.4 | | | |
| alittlehellionhotsauce.com | Undetermined | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 61.5 | | | |
| alittlehellionhotsauce.net | Undetermined | N/A | Undetermined |
| 61.6 | | | |
| alittlehellionhotsauce.org | Undetermined | N/A | Undetermined |
| 61.7 | | | |
| barlouie.biz | Undetermined | N/A | Undetermined |
| 61.8 | | | |
| barlouie.co | Undetermined | N/A | Undetermined |
| 61.9 | | | |
| barlouie.com | Undetermined | N/A | Undetermined |
| 61.10 | | | |
| barlouie.info | Undetermined | N/A | Undetermined |
| 61.11 | | | |
| barlouie.net | Undetermined | N/A | Undetermined |
| 61.12 | | | |
| barlouie.org | Undetermined | N/A | Undetermined |
| 61.13 | | | |
| barlouie.us | Undetermined | N/A | Undetermined |
| 61.14 | | | |
| barlouie.xxx | Undetermined | N/A | Undetermined |
| 61.15 | | | |
| barlouieevents.biz | Undetermined | N/A | Undetermined |
| 61.16 | | | |
| barlouieevents.co | Undetermined | N/A | Undetermined |
| 61.17 | | | |
| barlouieevents.com | Undetermined | N/A | Undetermined |
| 61.18 | | | |
| barlouieevents.info | Undetermined | N/A | Undetermined |
| 61.19 | | | |
| barlouieevents.net | Undetermined | N/A | Undetermined |
| 61.20 | | | |
| barlouieevents.org | Undetermined | N/A | Undetermined |
| 61.21 | | | |
| barlouieparties.biz | Undetermined | N/A | Undetermined |
| 61.22 | | | |
| barlouieparties.co | Undetermined | N/A | Undetermined |
| 61.23 | | | |
| barlouieparties.com | Undetermined | N/A | Undetermined |
| 61.24 | | | |
| barlouieparties.info | Undetermined | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 61.25 barlouieparties.net | Undetermined | N/A | Undetermined |
| 61.26 barlouieparties.org | Undetermined | N/A | Undetermined |
| 61.27 barlouierestaurants.com | Undetermined | N/A | Undetermined |
| 61.28 buyabarlouie.biz | Undetermined | N/A | Undetermined |
| 61.29 buyabarlouie.co | Undetermined | N/A | Undetermined |
| 61.30 buyabarlouie.com | Undetermined | N/A | Undetermined |
| 61.31 buyabarlouie.info | Undetermined | N/A | Undetermined |
| 61.32 buyabarlouie.net | Undetermined | N/A | Undetermined |
| 61.33 buyabarlouie.org | Undetermined | N/A | Undetermined |
| 61.34 buyalouie.biz | Undetermined | N/A | Undetermined |
| 61.35 buyalouie.co | Undetermined | N/A | Undetermined |
| 61.36 buyalouie.com | Undetermined | N/A | Undetermined |
| 61.37 buyalouie.info | Undetermined | N/A | Undetermined |
| 61.38 buyalouie.net | Undetermined | N/A | Undetermined |
| 61.39 buyalouie.org | Undetermined | N/A | Undetermined |
| 61.40 eatdrinkbehappy.info | Undetermined | N/A | Undetermined |
| 61.41 eatdrinkbehappy.net | Undetermined | N/A | Undetermined |
| 61.42 eatdrinkbehappy.org | Undetermined | N/A | Undetermined |
| 61.43 littlehellionhotsauce.com | Undetermined | N/A | Undetermined |
| 61.44 littlehellionhotsauce.net | Undetermined | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 61.45 | | | |
| littlehellionhotsauce.org | Undetermined | N/A | Undetermined |
| 61.46 | | | |
| louie-nation.com | Undetermined | N/A | Undetermined |
| 61.47 | | | |
| louienation.com | Undetermined | N/A | Undetermined |
| 61.48 | | | |
| louienation.net | Undetermined | N/A | Undetermined |
| 61.49 | | | |
| louienation.org | Undetermined | N/A | Undetermined |
| 61.50 | | | |
| lousburgersandbeer.biz | Undetermined | N/A | Undetermined |
| 61.51 | | | |
| lousburgersandbeer.com | Undetermined | N/A | Undetermined |
| 61.52 | | | |
| lousburgersandbeer.net | Undetermined | N/A | Undetermined |
| 61.53 | | | |
| macsandstacks.net | Undetermined | N/A | Undetermined |
| 61.54 | | | |
| macsandstacks.org | Undetermined | N/A | Undetermined |
| 61.55 | | | |
| mybarlouie.com | Undetermined | N/A | Undetermined |
| 61.56 | | | |
| ownabarlouie.biz | Undetermined | N/A | Undetermined |
| 61.57 | | | |
| ownabarlouie.co | Undetermined | N/A | Undetermined |
| 61.58 | | | |
| ownabarlouie.com | Undetermined | N/A | Undetermined |
| 61.59 | | | |
| ownabarlouie.net | Undetermined | N/A | Undetermined |
| 61.60 | | | |
| ownabarlouie.org | Undetermined | N/A | Undetermined |
| 61.61 | | | |
| ownalouie.biz | Undetermined | N/A | Undetermined |
| 61.62 | | | |
| ownalouie.co | Undetermined | N/A | Undetermined |
| 61.63 | | | |
| ownalouie.com | Undetermined | N/A | Undetermined |
| 61.64 | | | |
| ownalouie.net | Undetermined | N/A | Undetermined |

| 61.65 | | | | |
|---|---|---|---|---|
| | ownalouie.org | Undetermined | N/A | Undetermined |
| 61.66 | rockthetot.com | Undetermined | N/A | Undetermined |
| 61.67 | rockthetot.net | Undetermined | N/A | Undetermined |
| 61.68 | rockthetot.org | Undetermined | N/A | Undetermined |
| 61.69 | socialbash.net | Undetermined | N/A | Undetermined |
| 61.70 | youandmeequalsfree.net | Undetermined | N/A | Undetermined |

**62. Licenses, franchises, and royalties**

| 62.1 | | | |
|---|---|---|---|
| | None | | None |

**63. Customer lists, mailing lists, or other compilations**

| 63.1 | | | |
|---|---|---|---|
| | Customer Lists | $Undetermined.00 | Undetermined |

**64. Other intangibles, or intellectual property**

| 64.1 | | | |
|---|---|---|---|
| | Franchise Agreements | $1,993,467.07 | Net Book Value | $1,993,467.07 |
| 64.2 | Liquor Licenses | $1,951,589.12 | Net Book Value | $1,951,589.12 |

**65. Goodwill**

| 65.1 | | | |
|---|---|---|---|
| | Goodwill | $11,924,576.00 | Net Book Value | $11,924,576.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $15,869,632.19 |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☑ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

| None | | | | None |
|---|---|---|---|---|
| | total face amount | – doubtful or uncollectible amount | = ➔ | |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| None | Tax year | None |
|---|---|---|

**73. Interests in insurance policies or annuities**

73.1

| None | None |
|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

| None | None |
|---|---|

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

| | $0.00 |
|---|---|

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

None

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

None

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $306,719.35 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $781,220.07 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $2,151,306.95 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $1,556,935.31 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| **88. Real property. Copy line 56, Part 9.** | → | $0.00 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | $15,869,632.19 | |
| **90. All other assets.** Copy line 78, Part 11. | $0.00 | |
| **91. Total. Add lines 80 through 90 for each column** 91a. | $20,665,813.87 | 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $20,665,813.87 |

**Fill in this information to identify the case:**

Debtor name: BLH Acquisition Co., LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 25-10578

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:** List Creditors Who Have Claims Secured by Property

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

Antares Holding LP
320 South Canal Street, 43rd Floor
Chicago, IL  60606

**Date debt was incurred?**
05/27/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Secured by senior security interest in and liens on substantially all of the assets, constituting substantially all of the Debtors' assets.

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Amount of Claim: $67,526,793.54

Value of collateral: Undetermined

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$67,526,793.54

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

**Fill in this information to identify the case:**

Debtor name: BLH Acquisition Co., LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 25-10578

☐ **Check if this is an amended filing**

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

2.1

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim: _____    Priority amount: $0.00

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

1HUDDLE INC
84 HACKENSACK AVE APT 6
WEEHAWKEN, NJ 07086

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

$32,500.02

**3.2**

3D CONSTRUCTION INC
11132 CYPRESS LEAF DRIVE
ORLANDO, FL 32825

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Capital Expenditure

**Is the claim subject to offset?**
☐ No

☐ Yes

$16,086.06

**3.3**

4 VOICE LLC
1095 BROKEN SOUND PKWY NW 201
BOCA RATON, FL 33487

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No

☐ Yes

$7,457.68

**3.4**

24 WATERWAY LLC
24 WATERWAY AVE STE# 225
SHENANDOAH, TX 77380

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $23,468.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.5**

212 DIGITAL INC
5555 W WATERS AVENUE SUITE 610
TAMPA, FL 33634

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $7,749.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.6**

216 MAINTENANCE LLC
2237 WALTER ROAD
WESTLAKE, OH 44145

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,035.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.7**

230 KATY LLC
Attn: Shaheed Momin
2707 Commercial Center Blvd, Building M
Katy, TX 77494

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $27,863.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.8**

230 SLTC LLC
16089 City Walk
Sugar Land, TX 77479

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $27,423.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9**

A AND B LOCK AND SAFE CO INC
1001 UNION BOULEVARD
ALLENTOWN, PA 18109

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                        $296.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.10**

A HEAD FOR PROFITS LLC
240 GREAT CIRCLE RD STE 344
NASHVILLE, TN 37228

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                        $905.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.11**

ABOO CONSTRUCTION GROUP INC
10730 WEST 143RD STREET
ORLAND PARK, IL 60462

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                      $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.12**

ACADEMY LOCKSMITH
4202 BELTWAY DRIVE
ADDISON, TX 75001

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,521.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.13**

ACCURATE ELECTRIC SERVICE INC
900 S WA PELLA AVENUE
MOUNT PROSPECT, IL 60056

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $6,542.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.14**

ACTION CENTER GROUP LLC
1111 N 13TH STREET SUITE 208
OMAHA, NE 68102

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $732.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.15**

ACTION PLUMBING LLC
7 EAST STOW ROAD
MARLTON, NJ 08053

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $7,055.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.16

ADDILAN GROUP LLC
2930 FELTON ROAD
NORRISTOWN, PA 19401

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $3,130.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.17

ADVANCED CLIMATE SOLUTIONS
930 HUB COURT
CROWN POINT, IN 46307

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $48,514.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.18

ADVANCED FRYER SOLUTIONS
33681 WALKER RD C
AVON LAKE, OH 44012

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,297.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.19

ADVANCED PERSONAL COMPUTING INC
26118 ALTO OAKS
SAN ANTONIO, TX 78255

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $13,246.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Capital Expenditure

**Is the claim subject to offset?**

☐ No

☐ Yes

3.20

AINDREA CONROY
10012 Montauk Ave
Bethesda, MD 20817

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:   $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Permits/Licenses

**Is the claim subject to offset?**

☐ No

☐ Yes

3.21

AIRGAS USA LLC
PO BOX 734673
DALLAS, TX 75373-4673

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:   $142.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

3.22

AIS COMMERCIAL PARTS & SERVICES INC
1005 PARKWAY VIEW DR
CRAFTON, PA 15205

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:   $392.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.23

ALEX BELTRAN JR.
6501 CLARA ST.
BELL GARDENS, CA 90201

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:   $1,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Capital Expenditure

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.24**

ALISON SERVICE COMPANY INC
PO BOX 402992
HESPERIA, CA 92340

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $4,726.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.25**

ALL AMERICAN SEASONINGS INC
10600 E 54TH AVE
DENVER, CO 80239

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $14,485.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.26**

ALL SERVICE EQUIPMENT CORP
10 CHARLES STREET
NEW HYDE PARK, NY 11040

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $1,675.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.27**

ALL VALLEY REFRIGERATION INC
21241 VENTURA BLVD, STE 190
WOODLAND HILLS, CA 91364

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $1,390.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.28**

ALL-STAR MAINTENANCE COMPANY LLC
7001 RACHEL CT
SPRING HILL, TN 37174

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                              $250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.29**

ALLIED BEVERAGE GROUP LLP
PO BOX 0838
CARLSTADT, NJ 07072

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                            $1,081.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.30**

ALLISON STANLEY
4350 Intercoastal Drive
1305
Little River, SC 29566

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                              $540.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Expense

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.31**

ALSCO INC
2631 NW 17TH LANE
DEERFIELD BEACH, FL 33064

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $22,182.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.32

AM WINDOW CLEANING LLC
129 3RD STREET
ASPINWALL, PA 15215

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,636.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

### 3.33

AMANDA HOLMES
719 CRESTDALE DR
CLAYTON, NC 27520

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

### 3.34

AMBIANCE SYSTEMS LLC
79 E DAILY DRIVE
CAMARILLO, CA 93010

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,206.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

### 3.35

AMERICAN LEAK DETECTION INC
199 Whitney Ave Suite 2
New Haven, CT 06511

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,025.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.36**

AMERIGAS PROPANE LP
PO BOX 660288
DALLAS, PA 75266-0288

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $831.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.37**

AMY L ERO
1300 S POLK STREET SUITE 249
DALLAS, TX 75224

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $14,861.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.38**

ANA MORALES
7339 GAINFORD ST
DOWNEY, CA 90240

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $10,900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.39**

ANDREW SCHNEIDER
330 Ryaford Road, Suite 192
SPRING, TX 77386

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $811.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.40**

ANNODCO ENTERPRISES LLC
22900 SHAW ROAD
STERLING, VA 20166

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $215.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.41**

ANTARES MIDCO INC
500 W MONROE STREET
CHICAGO, IL 60861

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $107,773.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Insider

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.42**

ANTHONY GENNARO PLUMBING
4820 NORTH CLARK AVENUE SUITE B
TAMPA, FL 33614

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $13,354.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.43**

ARC ELECTRIC LLC
3430 Se Destination Dr Suite 300
Grimes, IA 50111

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $1,877.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.44

ARCHER SIGN CORPORATION
1917 HENRY AVE SW
CANTON, OH 44706

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $3,319.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Capital Expenditure

**Is the claim subject to offset?**
☐ No
☐ Yes

3.45

ARIZONA CUTLERY AND SHARPENING SERVICE INC
12620 N CAVE CREEK RD 4
PHOENIX, AZ 85022

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $969.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.46

ARMAN LOKTER
10481 MARYLAND STREET
AURORA, OH 44202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $1,070.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.47

ASHBERRY WATER CONDITIONING
5409 S WEST SHORE BLVD
TAMPA, FL 33611

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $302.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.48

ASHLEY INC
1636 AMERICAN WAY
MYRTLE BEACH, SC 29577

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                     $717.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.49

ASIAN AMERICAN HOTEL OWNERS ASSOCATION INC
1100 ABERNATHY ROAD SUITE 725
ATLANTA, GA 30328

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                     $6,202.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.50

ASSURANCE FACILITY MANAGEMENT INC
PO BOX 654
BURLESON, TX 76097

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                     $10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.51

ATLAS
1077 WEST BLUE HERON BLVD
RIVIERA BEACH, FL 33404

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                     $3,373.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.52**

AUSTIN MCLEAN RHODES
5007 Suitland Road
Hillcrest Hgts, MD 20746

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $1,580.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.53**

AUTO CHLOR SYSTEM OF COLORADO INC
5650 PECOS ST
DENVER, CO 80221

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $1,148.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.54**

AUTOMATED ANALYTICS AMERICA INC
1422 SOUTH TRYON STREET SUITE 300
CHARLOTTE, NC 28203

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $7,334.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.55**

AVERUS NORTHEAST LLC
PO BOX 588
NEW HARTFORD, CT 06057

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $3,760.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.56**

AXIS PORTABLE AIR
33 S 56TH ST SUITE 102
CHANDLER, AZ 85226

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        $31,462.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.57**

Baig, Huma

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        Unliquidated
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Bodily Injury

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.58**

BAIRD PLUMBING SERVICES
10510 CROWNPOINT DRIVE
HOUSTON, TX 77099

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        $2,802.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.59**

BAKER COMMERCIAL LANDSCAPING INC
PO BOX 5420
WINTER PARK, FL 32793-5420

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        $3,380.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.60**

BAKER TILLY VIRCHOW KRAUSE LLP
BOX 78975
MILWAUKEE, WI 53278-8975

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $4,535.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Consultant

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.61**

BAR LOUIE ALLEN INC
16 Menden Lane
Little Rock, AR 72223-9287

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $17,284.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.62**

Bashioum, Nathan Tarasi &Tarasi PC 510 3rd Ave, Pittsburgh, PA, 15219

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Unliquidated
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Bodily Injury

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.63**

BEAGLE ONE INC
PO BOX 155
ANGOLA, IN 46703

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $2,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.64**

BEAUCHAMP DISTRIBUTING-FINTECH
1911 S SANTA FE AVE
COMPTON, CA 90221

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $36.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.65**

BELL NUNNALLY AND MARTIN LLP
2323 ROSS AVE SUITE 1900
DALLAS, TX 75201

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $16,566.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.66**

BELMAR COMMERCIAL OWNER, LP
P.O. BOX 912904
DENVER, CO 80291-2904

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $72,646.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.67**

BENJAMIN WILSON
729 Grapevine Highway Ste 3100
Hurst, TX 76054

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $183.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.68**

BEST PLUMBING LLC
7802 FARNSWORTH ST
HOUSTON, TX 77022

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,121.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.69**

BETZALEL RAVITCH
1468 S KENTON ST
AURORA, CO 80012

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $623.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.70**

BEVERAGE DIST FINTECH
PO BOX 17647 T A
DENVER, CO 80217

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $4,802.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.71**

BEVERAGE LOGISTICS AZ
18647 W CHERYL DR
WADDELL, AZ 85355

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,042.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.72**

BFPE INTERNATIONAL
PO BOX 791045
BALTIMORE, MD 21279-1045

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $360.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.73**

BINELL BROS CUTLERY AND SUPPLY
7621 BARRIE
DEARBORN, MI 48126

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $176.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.74**

BL ROYAL OAK LLC
Attn: Anthony Marougi
510/516 South Main Street
Royal Oak, MI 48067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $33,294.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.75**

BLACK BEAR ELECTRIC INC
5778 SOUTH DUQUESNE CT
AURORA, CO 80016

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $377.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.76

BLANCHARD PLUMBING SERVICES INC
Po Box 725
Bridgewater, MA 02324

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,732.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.77

BLOODWORTH CARROLL PC
10000 NORTH CENTRAL EXPRESSWAY SUITE 1050
DALLAS, TX 75231

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,335.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Legal

**Is the claim subject to offset?**
☐ No
☐ Yes

3.78

BLUE DIAMOND BUILDING MAINTENANCE LLC
2222 OLD EASTERN AVE
MIDDLE RIVER, MD 21220

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $851.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.79

BOND DISTRIBUTING
1220 BERNARD DRIVE
BALTIMORE, MD 21223

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,596.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No
☐ Yes

3.80

BOOK THAT DJ LLC
625 ECKEL RD UNIT 2
PERRYSBURG, OH 43551

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.81

BOTNAM LLC
4 PUTNAM ROAD SUITE 6
FOXBORO, MA 02035

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,840.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.82

BRACKINSCHWARTZ PLLC
511 W 7TH ST
AUSTIN, TX 78701

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $891.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal

**Is the claim subject to offset?**

☐ No

☐ Yes

3.83

BRANDED GROUP INC
222 S HARBOR BLVD
ANAHEIM, CA 92805

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,020.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.84**

BRENNAN LECKEY
3371 NW 21ST COURT
COCONUT CREEK, FL 33066

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.85**

BRIAN LOO
7305 MASSACHUSETTES CT
RALEIGH, NC 27615

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.86**

BRIER CREEK OWNERS ASSOC INC
5950 FAIRVIEW RD SUITE 800
CHARLOTTE, NC 28210

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $489.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.87**

BRINETEK SALT DELIVERY LLC
PO BOX 9203
MESA, AZ 85214

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,157.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.88

BROAD SKY NETWORKS LLC
750 NW CHARBONNEAU ST STE 201
BEND, OR 97703

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,650.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

3.89

BROOKFIELD BAR INC
Attn: Suresh Patel
95 E Moorland Rd., Suite E7
Brookfield, WI 53005

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $35,651.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**

☐ No

☐ Yes

3.90

BRYDON REGISTERED AGENT INC
312 E CAPITOL AVE
JEFFERSON CITY, MO 65102

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal

**Is the claim subject to offset?**

☐ No

☐ Yes

3.91

BTVT LLC
502 STRAWBERRY PLAINS RD
WILLIAMSBURG, VA 23188

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $695.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.92**

BUCKEYE REPAIR & MAINTENANCE
9401 MENTOR AVE
MENTOR, OH 44060

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                       $409.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.93**

Bure, Amanda law offices of Michael B Brehne 230 N. Westmonte Dr.,
Ste 1000, Altamonte Springs, FL, 32714

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    Unliquidated
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Bodily Injury

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.94**

BURKE DISTRIBUTORS - FINTECH
89 TEED DRIVE
RANDOLPH, MA 02368

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                       $789.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.95**

BURROUGHS AND CHAPIN COMPANY INC
8820 MARINA PARKWAY
MYRTLE BEACH, SC 29572

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                     $4,881.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.96**

BUTLER HEATING AND AC INC
3035 ANDERSON SNOW ROAD
SPRING HILL, FL 34609

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $10,731.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.97**

BUYERGENOMICS TECHNOLOGIES LLC
223 WALL STREET #300
HUNTINGTON, NY 11743

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $14,906.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.98**

BVA AVENUE LLC
7195 DALLAS PARKWAY
PLANO, TX 75024

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $18,971.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.99**

C AND L MAINTENANCE INC
2655 Erie St
River Grove, IL 60171

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $285.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.100**

CALKINS VENTURES INC
1515 Elm Hill Pike Suite 108
Nashville, TN 37210

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                          $250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.101**

CALLIS PROFESSIONAL SERVICES LLC
PO BOX 781696
SAN ANTONIO, TX 78278

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                          $515.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.102**

CAPITAL HYGIENE SERVICES INC
PO BOX 12350
CHARLOTTE, NC 28220

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                          $36,459.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.103**

CAROLINA COOL LLC
1294 SURFSIDE INDUSTRIAL PARK
SURFSIDE BEACH, SC 29575

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                          $5,267.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.104**

CARRAWAY FIRE AND LIFE SAFETY SYSTEMS
36131 Monroe Street
New Baltimore, MI 48047

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $555.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.105**

CARSWELL ENTERPRISES
PO BOX 832674
RICHARDSON, TX 75083

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $2,243.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.106**

CDW LLC
200 NO MILWAUKEE AVE
VERNON HILLS, IL 60061

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $22,178.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.107**

CENTURYLINK COMMUNICATIONS LLC
100 CENTURYLINK DRIVE
MONROE, LA 71203

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $1,861.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

3.108

CHAMPION MANAGEMENT
15455 DALLAS PARKWAY SUITE 135
ADDISON, TX 75001

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $85,689.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No
☐ Yes

3.109

CHAPMAN REFRIGERATION INC
9330 CORPORATE DR
SELMA, TX 78154

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $1,275.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.110

CHARTER COMMUNICATIONS
PO BOX 94188
PALATINE, IL 60094-4188

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $353.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.111

CHICAGO BEV/FINTECH
441 N KILBOURN AVE
CHICAGO, IL 60624

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $45.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.112**

CHICAGOLAND BAR INC
Attn: Suresh Patel
2835 Showplace Drive, Suite 139
Naperville, IL 60564

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $24,276.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.113**

CHRIS S JONES
PO BOX 1695
TITUSVILLE, FL 32781

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $5,029.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.114**

CHRISTIAN T MARTIN
120 WADE HERROD RD
SMYRNA, TN 37167

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $46,284.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.115**

CHRISTINA LANGNER
300 ENCLAVE DR #2113
CONROE, TX 77384

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.116

CHRISTOPHER M SCIALDONE
49135 9 MILE ROAD
NORTHVILLE, MI 48167

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $455.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.117

CINDY FURMAN
5023 LEANN DRIVE
PEGRAM, TN 37143

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $70.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.118

CINTAS CORP 935
PO BOX 630803
CINCINNATI, OH 45263-0803

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,095.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.119

CINTAS CORPORATION
PO BOX 29059
PHOENIX, AZ 85038-9059

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,064.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.120

CINTAS CORPORATION 2
4601 CREEKSTONE DR STE 200
DURHAM, NC 27703

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $33,710.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.121

CIRGADYNE INC
2222 DAMON ST
LOS ANGELES, CA 90021

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Permits/Licenses

**Is the claim subject to offset?**

☐ No

☐ Yes

3.122

CITY OF PITTSBURGH
414 GRANT STREET
PITTSBURGH, PA 15219-2404

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,387.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.123

CJM PROPERTY MAINTENANCE INC
47 REDWOOD DR
READING, PA 19606

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $354.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.124

CK'S PLUMBING & BACKFLOW LLC
3800 GREYWOOD DR
RALEIGH, NC 27604

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,435.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.125

COCA COLA USA
PO BOX 102703
ATLANTA, GA 30368

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $22,112.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.126

COLE 44 LLC
PO BOX 152323
TAMPA, FL 33684

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,224.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.127

COLONIAL BEVERAGE
PO BOX 1430
FALL RIVER, MA 02722

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,540.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

3.128

COLORADO BARS INC
7112 W JEFFERSON AVE STE 312
DENVER, CO 80235

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $5,084.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.129

COMCAST BUSINESS
PO BOX 70219
PHILADELPHIA, PA 19176-0219

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $228.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No

☐ Yes

3.130

COMLETRIC
1150 BURNETT AVENUE SUITE A
CONCORD, CA 94520

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $305.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.131

COMMERCIAL FOODSRVC REPAIR INC
PO BOX 638959
CINCINNATI, OH 45263-8959

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $29,834.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.132

COMMERCIAL LIGHTING COMPANY
PO BOX 270651
TAMPA, FL 33688

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $580.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.133

COMMERCIAL PUMPING SERVICES LLC
PO BOX 429
ST CHARLES, MO 63302

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.134

CONTRACT EQUIPMENT SPECIALIST LLC
2100 NE DIXIE HWY
JENSEN BEACH, FL 34957

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $17,043.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.135

CONTRACT SOLUTIONS INTERNATIONAL LLC
4511 E BROADWAY RD
PHOENIX, AZ 85040

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $8,309.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.136

CONVERGEONE INC
10900 NESBITT AVENUE SOUTH
BLOOMINGTON, MN 55437

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $37,229.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.137

COOL SEAL GASKETS LLC
2365 BEVERLY STREET
OVIEDO, FL 32765

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $761.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.138

COWTOWN STATION LLC
2705 SAINT LOUIS AVENUE
FORT WORTH, TX 76110

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,376.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.139

COYOTE GASKET LLC
3021 S 35TH STREET SUITE B 6
PHOENIX, AZ 85034

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,008.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.140

COZEN OCONNOR
THREE JAMES CENTER STE 1420
CAPITOL, VA 23219

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $7,509.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal

**Is the claim subject to offset?**
☐ No

☐ Yes

3.141

COZZINI BROS INC
350 HOWARD AVE
DES PLAINES, IL 60018

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $11,104.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.142

COZZINI CUTTING SUPPLIES LLC
1901 DELMAR BLVD
ST. LOUIS, MO 63103

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,490.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.143

CRH CALIFORNIA WATER INC
502 South Lyon
Santa Ana, CA 92701

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $325.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.144**

CRIMCHECK HOLDINGS LLC
PO BOX 361309
STRONGSVILLE, OH 44136

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $392.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.145**

CROCKER PARK DELAWARE
PO BOX 72585
CLEVELAND, OH 44192-0002

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $29,734.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.146**

CRYSTAL SMITH
6000 South Indiana Avenue Apt 1006
Chicago, IL 60637

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,875.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal Settlement

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.147**

CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $244.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Permits/Licenses

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.148**

CULLIGAN WATER CONDITIONING OF SAN ANTONIO INC
1034 AUSTIN
SAN ANTONIO, TX 78208

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $639.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.149**

CUMBERLAND KENNEDY HOSPITALITY INC
Attn: Sheila Gilani
5615 N. Cumberland Ave
Chicago, IL 60631

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $12,730.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.150**

D LARIAT D ENTERPRISES
2951 NORTHERN CROSS BLVD
FORT WORTH, TX 76137

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $29,105.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.151**

DABROWSKI INVESTMENTS INC
PO BOX 2269
TAYLOR, MI 48180

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.152

DAKS ENTERPRISES LTD
120 NILE KINNICK DR N
ADEL, IA 50003

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $13.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.153

DANIEL E CASTILLO BLANCO
3105 DEERCREEK TRL S
NASHVILLE, TN 37217

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $15,780.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.154

DAVES CUSTOM CONSTRUCTION LLC
13852 SPRING ROAD
BENTONVILLE, AR 72712

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,283.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.155

DAVID KOCH
4505 North Kings Highway
D6
Myrtle Beach, SC 29577

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $405.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee Expense

**Is the claim subject to offset?**

☐ No

☐ Yes

3.156

DAVID W HOLMES
8 Sunfish Drive
Defiance, MO 63341

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.157

DAVID W ROTH
1307 PARRY SOUND DRIVE
PASADENA, TX 77504

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $244.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.158

DCR CLEANING COMPANY LLC
9611 TURNPOINT DRIVE
WEST DES MOINES, IA 50266

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,741.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.159

DEARBORN STATION ASSOC II PARTNERSHIP
47 W POLK ST STE M11
CHICAGO, IL 60605

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $86,338.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**

☐ No

☐ Yes

3.160

DEDRICK MCADAMS
3980 Neeley St
RALEIGH, NC 27604

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.161

DEL MECHANICAL LLC
16137 MEDLAR LANE
CHINO HILLS, CA 91709

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $22,567.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.162

DETROIT CUTLERY INC
16600 INDUSTRIAL
ROSEVILLE, MI 48066

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $1,166.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.163

DIRECT MECHANICAL INC
711 MORESE AVE
SCHAUMBURG, IL 60193

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $1,005.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.164**

DIRECTV
PO BOX 105249
ATLANTA, GA 30348-5249

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $19,789.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☐ No
☐ Yes

**3.165**

Disdier, Christopher

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Unliquidated
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Bodily Injury

Is the claim subject to offset?
☐ No
☐ Yes

**3.166**

DJ FUTURE ENT
103 MELSTONE COURT
MURFREESBORO, TN 37127

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

Is the claim subject to offset?
☐ No
☐ Yes

**3.167**

DL MUSTERIC ENTERPRISES LLC
1331 CONANT ST STE 101
MAUMEE, OH 43537

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,448.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

Is the claim subject to offset?
☐ No
☐ Yes

3.168

DOORDASH INC
303 SND ST
SAN FRANCISCO, CA 94107

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $20.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**

☐ No

☐ Yes

3.169

DOUG BROOKS
PO BOX 1988
CEDAR HILL, TX 75106

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $857.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.170

DOUGLASS COLONY GROUP INC
5901 E 58TH STREET
COMMERCE CITY, CO 80022

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $2,155.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.171

DRAFT BEER INTELLIGENCE LLC
255 S GLENDORA AVE
GLENDORA, CA 91740

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $8,627.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.172

E AND P INVESTMENT GROUP INC
PO BOX 5334
CARSON, CA 90749

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                     $584.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.173

E&P AT EAST BRUNSWICK
1195 ROUTE 70
LAKEWOOD, NJ 08701

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                  $61,960.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**
☐ No
☐ Yes

3.174

EAGLE ROCK DISTRIBUTING COMPANY LLC
6205 BEST FRIEND RD STE A
NORCROSS, GAS 30071

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                   $2,692.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No
☐ Yes

3.175

EASTSIDE WINDOW CLEANING INC
PO BOX 9372
BREA, CA 92822-9372

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                   $1,495.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.176**

EC PLUMBING LLC
311 Quecreek Circle
Smyrna, TN 37167

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*    $602.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.177**

ECOLAB ECOSURE
26397 NETWORK PL
CHICAGO, IL 60673-1263

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*    $35,551.32

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.178**

ECOLAB INC
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*    $52,771.79

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.179**

ECOLAB INC
PO BOX 70343
CHICAGO, IL 60673-0343

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*    $67,262.36

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.180

ECOTRAK LLC
18004 SKY PARK CIRCLE
IRVINE, CA 92614

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,162.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.181

EDWARD DON AND COMPANY
9801 ADAM DON PARKWAY
DOWNERS GROVE, IL 60517

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $553,073.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Capital Expendature

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.182

EDWARD LUONGO
1005 Muskeg Court
Conway, SC 29526

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $405.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Expense

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.183

EEC ACQUISITION LLC
SMART CARE EQUIPMENT SOLUTIONS
CHICAGO, IL 60674-8980

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,550.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.184

ELLIOT ASSOCIATES LLC
505 WHITE PLAINS ROAD
TARRYTOWN, NY 10591

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                        $30,030.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.185

ENDAI MARKETING GROWTH INC
223 WALL STREET 300
HUNTINGTON, NY 11743

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                        $13,336.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No

☐ Yes

3.186

ENTERPRISE HOLDINGS INC
600 CORPORATE DRIVE
SAINT LOUIS, MO 63105

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                        $8,625.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.187

ENVIRO-MASTER INTERNATIONAL FRANCHISE LLC
5200 77 CENTER DRIVE SUITE 500
CHARLOTTE, NC 28217

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                        $1,264.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.188

ERIC HEROD
6401 CRANSTON LANE
FREDERICKSBURG, VA 22407

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.189

ERIC L GARDNER
PO BOX 65681
W DES MOINES, IA 50265

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,900.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.190

F I R S T SERVICES CORP OF ORLANDO
4648 OLD WINTER GARDEN RD
ORLANDO, FL 32811

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,406.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.191

FEDERAL REALTY INVESTMENT TRUST
PO BOX 8500
PHILADELPHIA, PA 19178-9320

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,489.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**
☐ No
☐ Yes

3.192

FEDWAY ASSOCIATES INC
PO BOX 651
BASKING RIDGE, NJ 07920

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,477.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

3.193

FERNANDEZ CAJUSTE
30 SKYTOP GARDEN APT 6
PARLIN, NJ 08859

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.194

FISH WINDOW CLEANING INC
450 WELDMAN ROAD
BALLWIN, MO 63011

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,236.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.195

FOODPREP SOLUTIONS LLC
80 LARGO DRIVE
STAMFORD, CT 06907

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $890.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.196

FOR THE FUTURE LLC
340 Bynum Road Suite C
Forest Hill, MD 21050

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$715.50

---

3.197

Ford, Gary Orlando and Associates 1 Western Ave., Gloucester, MA, 1930

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Bodily Injury

**Is the claim subject to offset?**
☐ No
☐ Yes

Unliquidated

---

3.198

FORT KNOX FIRE AND COMMUNICATIONS INC
5005 North Clark Avenue
Tampa, FL 33614

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$463.54

---

3.199

FOURTH ENTERPRISES LLC
6504 BRIDGE POINT PKWY
AUSTIN, TX 78730

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$97,531.20

3.200

FRANCHISE TIMES CORPORATION
2808 ANTHONY LANE SOUTH
MINNEAPOLIS, MN 55418

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $17,970.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.201

FREEDOM RESTORATION LLC
775 MD ROUTE 3 NORTH
GAMBRILLS, MD 21054

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $917.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.202

FYI CLEANING SOLUTIONS
1010 N QUEBEC ST STE 3
ALLENTOWN, PA 18109

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $5,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.203

G AND G COMMERCIAL SYSTEMS INC
10 BEDFORD PARK
BRIDGEWATER, MA 02324

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $5,551.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.204**

GALAIDA GROUP LLC
8409 LEE HIGHWAY
MERRIFIELD, VA 22116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $87,586.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.205**

GALKIN AND ZHANG LLC
1066 W TIOGA ST
ALLENTOWN, PA 18103

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $192.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.206**

GALLO WINE SALES
520 DIVISION STREET
ELIZABETH, NJ 07201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $162.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.207**

GASKET GUY OF DFW LLC
2201 MIDWAY RD STE 324
CARROLLTON, TX 75006

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $397.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.208**

GASKETS ROCK INTERNATIONAL INC
409 PARKWAY VIEW DRIVE
CRAFTON, PA 15205

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $312.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.209**

GEAUGA MECHANICAL
12585 CHARDON WINDSOR RD
CHARDON, OH 44024

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                  $5,626.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.210**

GENERAL KITCHEN SERVICES INC
PO BOX 3859
DARLINGTON, RI 02861

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $752.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.211**

Gift Card and Customer Deposit Liabilities

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $842,129.76
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.212**

GKR SYSTEMS
PO BOX 936677
ATLANTA, GA 31193-6677

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $8,652.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.213**

GOAL LINE RESULTS INC
222 North Pacific Coast Highway Suite 2000 Pmb 539
El Segundo, CA 90245

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $7,861.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Capital Expenditure

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.214**

GODOFREDO LOPEZ
PO BOX 853
SILER CITY, NC 27344

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $1,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.215**

GOLDEN RULE PLUMBING HEATING AND COOLING
904 NE MAIN STREET
GRIMES, IA 50111

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $1,316.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.216

Gomez, Armando Allen D. Bucknell Breyer Law Offices PC 4423 E.
Thomas Rd., Ste 3, Phoenix, AZ, 85018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Unliquidated
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Bodily Injury

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.217

GRANITE TELECOMMUNICATIONS LLC
PO BOX 830103
PHILADELPHIA, PA 19182-0103

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $5,502.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.218

GRANT THORNTON LLP
33911 TREASURY CENTER
CHICAGO, IL 60694-3900

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $31,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax & Audit

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.219

GRATTA REFRIGERATION AND AIR CONDITIONING INC
1047 WASHINGTON STREET
WEYMOUTH, MA 02189

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,704.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.220

GREASE GUARD LLC
2019 CORPORATE LANE STE 119
NAPERVILLE, IL 60563

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $80.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.221

GREAT LAKES BAR CONTROL INC
4705 VAN EPPS ROAD
BROOKLYN HEIGHTS, OH 44131

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $684.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.222

GREEN CLEAN ILLINOIS
1658 N MILWAUKEE AVE
CHICAGO, IL 60647

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                  $1,560.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.223

GREENTECH IMAGING INC
PO BOX 7909
PORTER RANCH, CA 91327

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $340.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.224

GREGORY HARRINGTON
7062 WILLOWVIEW ST
FORT WORTH, TX 76133

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                     $5,980.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.225

HAMILTON CONTRACTING SERVICES INC
1103 BRANAGAN DRIVE
TULLYTOWN, PA 19007

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                     $218.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.226

HAMMACK STREET VENTURES LLC
3411 W EL SEGUNDO BLVD
HAWTHORNE, CA 90250

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                     $384.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No
☐ Yes

3.227

HAMPTON, LASHAN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     Unliquidated
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
EEOC Charge - Failure to accommodate disability

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.228**

HAR CON MECHANICAL CONTRACTORS LLC
9009 W LITTLE YORK
BAMMEL, TX 77040

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $3,426.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.229**

HAROLD L MARTIN JR
2115 PONCE DE LEON AVE
ATL, GA 30307

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $12,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Insider

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.230**

HECTOR GOMEZ
4585 S SWADLEY CT
MORRISON, CO 80465

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,723.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.231**

HIGH GRADE BEVERAGE
PO BOX 7092
HAMILTON, NJ 08691

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $847.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No
☐ Yes

3.232

HIGH PEAKS WATER SERVICE INC
PO BOX 7150
PHOENIX, AZ 85011

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $12.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.233

HIRING THING
PO BOX 697
BARTONSVILLE, PA 18321

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $9,024.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.234

HOODZ NORTH AMERICA
36955 AMRHEIN ROAD
LIVONIA, M 48150

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $55,529.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.235

HSA MECHANICAL SERVICES INC
4764 CHAPMANS ROAD
ALLENTOWN, PA 18104

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,831.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.236**

HUCKESTEIN MECHANICAL SERVICES LLC
1505 METROPOLITAN STREET
PITTSBURGH, PA 15233

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $8,459.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.237**

HUNTINGTON BEACH PROPANE INC
18961 GOTHARD ST
HUNTINGTON BEACH, CA 92648

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $1,826.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.238**

Husk, Olivia

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25,000.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Harassment/Sexual Harassment

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.239**

HYGINIX LLC
3830 VALLEY CENTER DR STE 705
SAN DIEGO, CA 92130

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $312.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.240

i SERV TECH LLC
P.O. BOX 2495
OCALA, FL 34479

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,370.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.241

IDEATION DESIGN GROUP
4885 E WASHINGTON STREET
PHOENIX, AZ 85034

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $19,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.242

IDG PURCHASING LLC
4885 E WASHINGTON STREET
PHOENIX, AZ 85034

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,679.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.243

ILLY CAFFE NORTH AMERICA INC
800 WESTCHESTER AVENUE SUITE S440
RYE BROOK, NY 10573

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $9,752.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

3.244

INFOSYNC SERVICES LLC
1938 N WOODLAWN
WICHITA, KS 67208-0000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,633.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.245

INNOVATION TECH INVESTORS LLC
3773 CORPORATE CENTER DR
EARTH CITY, MO 63045

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $36,140.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.246

INTEGRATED CONTRACT SYSTEMS INC
502 W MONTGOMERY ST
WILLIS, TX 77378

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $20,917.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.247

INTEGRATED SYSTEMS INC
238 S COOPER RD
NEW LENOX, IL 60451

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,080.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.248**

J & B FRANCHISE VENTURE INC
233 MILLWELL DR
MARYLAND HEIGHTS, MO 63043

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $14,116.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.249**

J AND S HOSPITALITY INC
17 W 350 22ND STREET
OAKBROOK TERRACE, IL 60181

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $33,524.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.250**

J&S PLUMBING INC
6208 E COLUMBUS DRIVE
TAMPA, FL 33619

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                      $625.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.251**

JACKS OF ALL TRADES INC
1435 SELIX GROVE
COLORADO SPRINGS, CO 80915

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $6,094.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.252**

JACKSON WELDING SUPPLY CO INC
1421 WEST CARSON ST
PITTSBURGH, PA 15219

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $99.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.253**

JACOB A LONES
1046 D Highway 9 Business East
Loris, SC 29569

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.254**

JAMES L SIMON
11 1/2 North Franklin Street
Chagrin Falls, OH 44022

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $11,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal Settlement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.255**

JANI KING OF PITTSBURGH
16855 DALLAS PARKWAY
ADDISON, TX 75001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $5,439.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor   BLH Acquisition Co., LLC
         Name

Case number *(if known)* 25-10578

3.256

JARRETT FIRE PROTECTION LLC
1106 LEBANON PIKE
NASHVILLE, TN 37210

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.257

JC BEER TECH LTD
4125 LORAIN AVE
CLEVELAND, OH 44113

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,884.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.258

JC PLUMBING
PO BOX 1482
ORANGE, CA 92856

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,990.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.259

JERALD JACKSON
10907 AUGER PLACE
SPRING, TX 77380

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,375.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.260

Jessica Slater Jordan Benbow Grossman Law, 1516 Hillcrest St., #304,
Orlando, FL, 32803

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Minimum Wage Violation

**Is the claim subject to offset?**
☐ No
☐ Yes

3.261

JGC SERVICES INC
971 OAKTON STREET
ELK GROVE VILLAGE, IL 60007

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $773.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.262

JILL WRIGHT
140 Rainbow Drive #4052
LIVINGSTON, TX 77399

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $255.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Contractor

**Is the claim subject to offset?**
☐ No
☐ Yes

3.263

JIMMIE LEE JOHNSON
2708 WEST TALBOT COURT
RALEIGH, NC 27610

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.264

JMKM ENTERPRISES
1700 E GARRY STE 109
COWAN HEIGHTS, CA 92705

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,960.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.265

JOB 1 FIRE PROTECTION SERVICES INC
13432 S Kolmar
Crestwood, IL 60418

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,012.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.266

JOHN D FARIA JR
14 PARKER ST
LINCOLN, RI 02865

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $4,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.267

JOHN J GREENAM LLC
770 Leicester Road
Elk Grove Village, IL 60007

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $996.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.268

JOHN PROCHAZKA PLUMBING AND HEATING INC
4120 LANDER ROAD
CHAGRIN FALLS, OH 44022

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $11,187.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.269

JOHNNY CAT INC
2030 SHELLY DRIVE
INDIANA, PA 15701

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,242.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No
☐ Yes

3.270

JOHNSON CONTROLS FIRE PROTECTION LP
DEPT CH 10320
PALATINE, IL 60055-0320

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $6,124.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.271

JOHNSON, CAYLA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** Unliquidated
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
EEOC Charge - Discrimination

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.272**

JORGE S. HERNANDEZ
PO BOX 681441
HOUSTON, TX 77268-1441

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,050.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.273**

JRH HANDYMAN SERVICES LLC
1523 NORTH HARLEM AVE
OAK PARK, IL 60302

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $651.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.274**

JS ENGLISH ENTERPRISES LLC
PO BOX 1033
COTTLEVILLE, MO 63366

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $792.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.275**

JUST DOORS
834 WEST 9TH STREET
UPLAND, CA 91786

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,428.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.276

K & L GATES LLP
PO BOX 830304
PHILADELPHIA, PA 19182-0304

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,632.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Legal

**Is the claim subject to offset?**
☐ No
☐ Yes

3.277

K.I.M CO REFRIGERATION CORP
10 CHARLES ST
NEW HYDE PARK, NY 11040

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,523.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.278

K3 FACILITY SERVICES
2150 W NORTHWEST HWY
GRAPEVINE, TX 76051

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $857.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.279

KATHY THOMAS CAPUS
2416B CHAPEL AVE
NASHVILLE, TN 37206

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $5,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No
☐ Yes

3.280

KEG 1 MISSOURI LLC
3201 RIDER TRAIL SOUTH
EARTH CITY, MISSOURI 63045

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,700.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No

☐ Yes

3.281

KELVIN HUTCHINSON
3440 WEST HILLSBORO BLVD #103
COCONUT CREEK, FL 33073

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.282

KERNER'S WINDOW CLEANING LLC
1300 RICKETT ROAD
BRIGHTON, MI 48116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $310.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.283

KEYSTONE SOLUTIONS LLC
3855 NORTH OCOEE ST FLOOR 4
CLEVELAND, TN 37312

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $17,043.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.284

KFM247 LTD
15947 FREDERICK ROAD
WOODBINE, MD 21797

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,206.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.285

KI PLUMBING LLC
13757 W CROCUS DR
SUN CITY, AZ 85379

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $4,909.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.286

KIMCO REALTY CORPORATION
500 NORTH BROADWAY, SUITE 201
JERICHO, NY 11753

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $37,013.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**
☐ No

☐ Yes

3.287

KINGFISH MEDIA GROUP LLC
5850 CANOGA AVE
WOODLAND HILLS, CA 91367

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,754.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No

☐ Yes

3.288

KIRKWOOD STATION ACQ LLC
PO BOX 34729
NORTH KANSAS CITY, MO 64116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $16,166.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**

☐ No

☐ Yes

3.289

KLAYCO DEVELOPMENT & CONSTRUCTION
10912 ROCKRIDGE WAY
BAKERSFIELD, CA 93311

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.290

KNAPICK VENTURES LLC
Attn: Mike Knapick
1111 West Main Street, Suite 140
Carmel, IN 46032

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $66,769.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**

☐ No

☐ Yes

3.291

KREY DISTRIBUTING-FINTECH
150 TURNER BLVD
ST PETERS, MO X

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $1,140.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

3.292

KRN4U LLC
PO BOX 10
DALLAS, PA 18612

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $757.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.293

KUSTOM HOME ENTERTAINMENT LLC
327 E STATE ST
MBORO, TN 37130

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $378.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.294

L KNIFE AND SON
PO BOX K
KINGSTON, MA 02364

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,185.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No
☐ Yes

3.295

LA CANTERA RETAIL LP SHOPS
SDS 12 2532PO BOX 86
MINNEAPOLIS, MN 55486-2532

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $58,333.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.296**

LAKHANI HOSPITALITY INC
Attn: Sheila Gilani
5300 Touhy Avenue
Skokie, IL 60077

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $9,873.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.297**

LANG CO LLC
37550 HILLS TECH DR
FARMINGTON HILLS, MI 48331

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $1,640.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.298**

LAURA RODRIGUEZ
14076 E VASSAR AVE
AURORA, CO 80014

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $24,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.299**

LAUREL PARK RETAIL HLDG LLC
CBL 0701 PO BOX 955607
ST. LOUIS, MO 63195-5607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $30,622.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupency Cost

**Is the claim subject to offset?**

☐ No

☐ Yes

3.300

LEGACY ELECTRIC LLC
12895 JOSEY LANE
DALLAS, TX 75234

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                               $847.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.301

LEGACY SERVICE AND SUPPLY LLC
757 MERUS CT
FENTON, MO 63026

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                               $33,363.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.302

LEGACY VILLAGE INVESTORS LLC
25333 CEDAR RD STE 300
CLEVELAND, OH 44124

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                               $33,378.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**
☐ No

☐ Yes

3.303

LEHRMAN BEVERAGE LAW PLLC
2911 HUNTER MILL ROAD SUITE 303
OAKTON, VA 22124

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                               $5,820.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal

**Is the claim subject to offset?**
☐ No

☐ Yes

3.304

Lemus, Gustavo Gibson & Hughes Robert Gibson, 1851 E. First St., Ste 650, Santa Ana, CA, 92705

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Bodily Injury

**Is the claim subject to offset?**
☐ No
☐ Yes

Unliquidated

3.305

LEVIS COMMONS LLC
2201 SOUTH BOULEVARD STE 400
CHARLOTTE, NC 28203

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,258.37

3.306

LIFTOFF DISTRIBUTION
7077 OAKLAND MILLS ROAD
COLUMBIA, MD 21046

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No
☐ Yes

$81.50

3.307

Linares, Cynthia The Law Man Group 1762 Westwood Blvd., Ste 420, Los Angeles, CA, 90024

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Bodily Injury

**Is the claim subject to offset?**
☐ No
☐ Yes

Unliquidated

3.308

LINGO TELECOM LLC
25925 TELEGRAPH ROAD SUITE 210
SOUTHFIELD, MI 48033

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $12,140.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.309

LIQUID ENVIRONMENTAL SOLUTIONS OF TX LLC
PO BOX 733372
DALLAS, TX 75373-3375

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $16,200.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.310

LIZBETH BURKE
PO BOX 157
HAWLEY, PA 18428

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $379.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.311

Lloyd Mosley Law Offices of Dayton Magallanes 10540 Wilshire Blvd.,
Ste 417, Los Angeles, CA, 90024

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $7,000.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
ADA public accessibility lawsuit

**Is the claim subject to offset?**

☐ No

☐ Yes

3.312

LODIANMETA
7312 ELM COURT
MONMOUTH JUNCTION, NJ 08852

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.313

LONDON DESEAN NETTLES
779 HAY RIVER ST
GARNER, NC 27529

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.314

LOUIE CARMEL LLC
6085 ROTHBURY
PORTAGE, MI 49024

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $33,565.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**
☐ No

☐ Yes

3.315

LOUIE MANAGEMENT LLC
Attn: Chase Oswald
7700 Eagle Crest Blvd
Evansville, IN 47715

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $13,577.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**
☐ No

☐ Yes

3.316

Lowry, Susan

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Unliquidated
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Bodily Injury

**Is the claim subject to offset?**
☐ No
☐ Yes

3.317

LUNDELL ELECTRICAL SERVICES
2733 N POWER RD STE 102-401
MESA, AZ 85215

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $750.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.318

M AND M WINDOW CLEANING CORP
PO BOX 261 1A LANDING LANE
HOPEDALE, MA 01747

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $814.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.319

MAGGICAL LUZ LLC
10442 W Orange Dr
Glendale, AZ 85307

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $2,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.320

MAINTENX INTERNATIONAL SERVICE MANAGEMENT GROUP INC
2202 N HOWARD AVE
TAMPA, FL 33607

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $23,165.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.321

MAJOR FACILITY SOLUTIONS
1519 BOETTLER ROAD SUITE C
UNIONTOWN, OH 44685

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $5,163.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.322

MAKO HVAC SYSTEMS LLC
12633 REED RD
SUGAR LAND, TX 77478

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $909.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.323

MALSAM CAPITAL LLC
PO Box 631608
HOUSTON, TX 77263-1608

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $5,103.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.324

Mansfield, Shauntiera

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          Unliquidated
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Bodily Injury

**Is the claim subject to offset?**
☐ No
☐ Yes

3.325

MARCUS HAMER
9312 Taney Road
Manassas, VA 20110

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $210.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Expense

**Is the claim subject to offset?**
☐ No
☐ Yes

3.326

MARIA IGNACIO GARCIA
8300 KERN CANYON ROAD
BAKERSFIELD, CA 93305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $9,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.327

MARKETWAY LLC
285 RIDGE ROAD
DAYTON, NJ 08810

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $1,340.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No
☐ Yes

3.328

MARLON DESHAUN WILLIAMS
11 LONDON LN
MEBANE, NC 27302

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.329

MARSH AND MCLENNAN COMPANIES INC
8144 WALNUT HILL LANE 16TH FLOOR
DALLAS, TX 75231

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Insurance

**Is the claim subject to offset?**

☐ No

☐ Yes

3.330

MARTHA P GUTIERREZ
7257 S CLERMONT DRIVE
CENTENNIAL, CO 80122

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,090.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.331

MARTIGNETTI GROCERY CO INC
PO BOX 859219
BRAINTREE, MA 02185

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,910.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

3.332

MARTIN SEBASTIAN MORALES FERNANDEZ
7807 GREEN MILL DR
RALEIGH, NC 27616

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $760.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.333

MARYLAND SEWER AND PLUMBING SVC IN
PO BOX 230
SELBYVILLE, DE 19975

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $4,594.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.334

MASH ACQUISITION LLC
5405 PRODUCTION DR
HUNTINGTON BEACH, CA 92649

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $725.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.335

MATCH UP PROMOTIONS LLC
1855 STATE ROAD 434
LONGWOOD, FL 32750

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $18,731.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**

☐ No

☐ Yes

3.336

MBH ENTERPRISES LLC
11930 CENTRE STREET
CHESTER, VA 23831

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $26,454.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.337

MCBRIDE LIGHTING AND ELECTRICAL SERVICES
16026 WEST 5TH AVENUE
GOLDEN, CO 80401

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,607.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.338

MECKLEY SERVICES INC
9704 GUNSTON COVE ROAD SUITE E
LORTON, VA 22079

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,289.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.339

MERLO PLUMBING CO. INC.
11041 GRAVOIS INDUSTRIAL COURT
SAINT LOUIS, MO 63128

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,138.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.340**

MESA MECHANICAL INC
3514 PINEMONT
HOUSTON, TX 77018

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $3,244.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.341**

METRO DETROIT COMMERCIAL AND MARINE UPHOLSTERY
10831 MARTZ RD
YPSILANTI, MI 48197

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $790.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.342**

METROPOLITAN LIFE INSURANCE CO
PO BOX 6230
ORLANDO, FL 32802-6230

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $52,535.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.343**

MICHELLE ATKINS
1885 New Hope Road
Joelton, TN 37080

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $147.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.344

MID IOWA REFRIGERATION INC
2900 DELAWARE AVE
CAPITOL HEIGHTS, IA 50317

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,188.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.345

MISTAMERICA CORP
15616 N 83RD WAY
SCOTTSDALE, AZ 85260

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,998.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.346

MODERN FOODSERVICE LLC
Attn: Bhrat Patel
7000 Padre Blvd
South Padre Island, TX 78597

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $35,156.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**

☐ No

☐ Yes

3.347

MOORE'S ELECTRICAL & MECHANICAL CONSTRUCTION INC
101 EDGWOOD AVE
ALTAVISTA, VA 24517

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $8,800.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.348

MORRIS MARTIN
7265 SOMERSET POND DR
RUSKIN, FL 33573

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

$925.00

3.349

NASHVILLE EDGE
1600 OGLETREE CT
LA VERGNE, TN 37086

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

$240.00

3.350

NASHVILLE WINDOW CLEANING LLC
2046 N AMBER DR
SPRING HILL, TN 37174

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

$11,071.50

3.351

NATHANIEL HART
9114 S FIELD LN
ARLINGTON, TX 76002

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

$558.58

**3.352**

NATIONAL FACILITIES DIRECT
30 WALL STREEET 8TH FLOOR
NEW YORK, NY 10005

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,542.73
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.353**

NATIONWIDE OFFICE CLEANERS LLC
9235 SWANSON BLVD
CLIVE, IA 50325

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,594.54
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.354**

NCR CORPORATION
P.O. BOX 198755
ATLANTA, GA 30384-9755

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,887.10
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.355**

NEAT FREAKS CLEANING SERVICES OF SOUTH FLORIDA LLC
5371 WEST HILLSBORO BLVD
COCONUT CREEK, FL 33073

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $5,221.60
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.356

NEPTUNE PLUMBING AND HTNG CO
23860 MILES RD STE G
BEDFORD HEIGHTS, OH 44128

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $1,530.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.357

NETMASONS INC
4367 S 100 WEST
ANDERSON, IN 46013

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $1,766.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**

☐ No

☐ Yes

3.358

NEW HORIZON COMMUNICATIONS CORP
PO BOX 981073
BOSTON, MA 02298-1073

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $9,489.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

3.359

NICHOLAS A JESKE
4193 COE AVENUE
NORTH OLMSTED, OH 44070

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $2,340.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.360

NICHOLSON BEER PROJECT LLC
1057 S WADSWORTH BLVD STE 60
LAKEWOOD, CO 80226

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $40.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

3.361

NICKS BAR LOUIE INC 910
11525 Cantrell Rd.
Little Rock, AR 72212

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $28,206.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**

☐ No

☐ Yes

3.362

NOE EDMOND
7707 SW 7TH PLACE
NORTH LAUDERDALE, FL 33065

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.363

NORTH EAST MECHANICAL INC
26200 FIRST STREET
WESTLAKE, OH 44145

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $704.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.364

NORTH SHORE PLACE PRTNS LLC
210 SIXTH AVE STE 500
PGH, PA 15222

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $26,832.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**

☐ No

☐ Yes

3.365

NORTHWOOD PL HOLDINGS LP
575 FIFTH AVE 23RD FLOOR
GRAND CENTRAL, NY 10017

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $25,765.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**

☐ No

☐ Yes

3.366

NPP DEVELOPMENT LLC
ONE PATRIOT PLACE
FOXBOROUGH, MA 02035

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $67,358.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**

☐ No

☐ Yes

3.367

NUCO2, LLC.
PO BOX 417902
BOSTON, MA 02241-7902

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $18,370.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.368**

NUMBER 1 REPAIR AND MAINTENANCE
400 CHESTERFIELD CENTER 400
ST LOUIS, MO 63017

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $2,158.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.369**

Nungaray, Analyss

**Date or dates debt was incurred**

As of the petition filing date, the claim is: Unliquidated
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Bodily Injury

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.370**

Ocasio, Christina c/o Grossman Law, 545 Delaney Ave., Bldg 9, Orlando, FL, 32801

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $800.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Minimum Wage Violation

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.371**

OGLETREE DEAKINS NASH SMOAK AND STEWART PC
PO BOX 89
COLUMBIA, SC 29202

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $82,851.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal

**Is the claim subject to offset?**
☐ No
☐ Yes

3.372

OH BURG CORP
181 TOSCA DRIVE
STOUGHTON, MA 02072

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $312.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.373

OPENTABLE INC
1 MONTGOMERY STREET SUITE 500
SAN FRANCISCO, CA 94104

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $107,021.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No

☐ Yes

3.374

OPPORTUNITY FRANCHISING INC
1901 N ROSELLE RD
SCHAUMBURG, IL 60195

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $11,672.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.375

OSTLUND A SERVICE COMPANY
3637 S OLD US HIGHWAY 23 SUITE 100
BRIGHTON, MI 48114

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $4,887.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.376**

PARADIES DFW 2015 F&B LLC
2333 S. International Parkway, Terminal D
Dallas, TX 75216

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $3,958.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.377**

PAT MINOTTI
27600 NORTH WOODLANDS RD
PEPPER PIKE, OH 44124

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $302.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.378**

PATRICK KARADJIAN
8730 LANKERSHIM BLVD
SUN VALLEY, CA 91352

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.379**

PATRIOT VETERANS PROTECTION LLC
5800 HORSESHOE DR
BETHEL PARK, PA 15102

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $1,760.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.380

PAYTRONIX SYSTEMS, INC
80 BRIDGE STREET
NEWTON, MA 02458

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                     $21,951.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.381

PELLERIN & STEUBING LLC
PO BOX 900
SPRING BRANCH, TX 78070

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                     $31,573.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.382

PERSPECTIVE1 LLC
21409 WEST COUNTY LINE ROAD
LUTZ, FL 33548

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                     $11,491.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.383

Phelps, Alexis

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     Unliquidated
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Retaliation

**Is the claim subject to offset?**

☐ No

☐ Yes

3.384

PLACER LABS INC
340 S LEMON AVE
WALNUT, CA 91789

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $27,062.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.385

PLAVE KOCH PLC
12005 SUNRISE VALLEY DR
RESTON, VA 20191-3404

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $26,680.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal

**Is the claim subject to offset?**

☐ No

☐ Yes

3.386

PRECISION MECHANICAL AND PLUMBING INC
4633 Sw 74 Ave
Miami, FL 33155

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $460.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.387

PREDICTIVE INDEX LLC
101 STATION DRIVE SUITE 210
WESTWOOD, MA 02090

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $4,667.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor | BLH Acquisition Co., LLC | Case number *(if known)* 25-10578 |
|--------|--------------------------|------------------------------------|
|        | Name                     |                                    |

Case 25-10578-CTG   Doc 5   Filed 04/23/25   Page 130 of 192

**3.388**

PREMIER BEVERAGE FINTECH
PO BOX 820410
SOUTH FLORIDA, FL 33082

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

$1,322.38

**3.389**

PRINTBORO
215 ROBERT ROSE DRIVE
MURFREESBORO, TN 37129

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

$142.65

**3.390**

PRO AIR MECHANICAL INC
285 NORTH US HWY 17 92
LONGWOOD, FL 32750

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

$16,714.43

**3.391**

PRO KEYS LOCKSMITH SERVICE LLC
3062 PS BUSINESS CENTER DRIVE
WOODBRIDGE, VA 22192

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

$150.00

3.392

PRODUCE ALLIANCE LLC
DEPARTMENT 1400
WOBURN, MA 01888-4106

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $145,350.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.393

PROFESSIONAL RETAIL OUTLET SERVICES LLC
2655 EAST OAKLEY PARK ROAD SUITE 201
COMMERCE TOWNSHIP, MI 48390

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $4,854.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.394

PROFESSIONAL THERMAL SYSTEMS INC
1256 FENDT DRIVE
HOWELL, MI 48443

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $22,636.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

---

3.395

PROGRESSIVE COMMERCIAL SERVICES LLC
PO BOX 91297
RALEIGH, NC 27675

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $887.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.396

PROTECHS RCS LLC
25750 FM 429
TERRELL, TX 75161

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$5,937.40

3.397

PROTOCALL LLC
303 W Loop 281 Ste110 Pmb 149
Greggton, TX 75605

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$906.06

3.398

PUNCHH INC
8383 SENECA TURNPIKE
NEW HARTFORD, NY 13413

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No
☐ Yes

$42,109.22

3.399

PYRAMID WATER SYSTEMS INC
6991 WEST 117TH AVE
BROOMFIELD, CO 80020

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$423.93

**3.400**

QUALITY BEVERAGE L P
PO BOX 671
TAUNTON, MA 02780

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $3,084.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.401**

QUBIQLE INC
6400 HOLLIS ST 10
EMERYVILLE, CA 94608

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $844.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.402**

Raquel Garcia-Morales Grossman Law 545 Delaney Ave., Bldg 9,
Orlando, FL, 32801

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4,000.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Minimum Wage Violation

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.403**

RC MAINTENANCE HOLDINGS INC
569 BATEMAN CIRCLE
CORONA, CA 92878

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $15,434.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.404

RED TAP DRAUGHT SOLUTIONS LLC
25524 JOHN R
MADISON HEIGHTS, MI 48071

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $8,207.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.405

REINALDO RODRIGUEZ
2525 WEST END DR
SAINT CLOUD, FL 34772

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $372.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.406

RELIABLE GASKETS USA LLC
18543 YORBA LINDA BLVD STE 163
YORBA LINDA, CA 92886

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,369.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.407

RELIABLE RELAMPING
6459 NASH HIGHWAY
SARANAC, MI 48881

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,305.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.408**

REPUBLIC NATIONAL - FINTECH
4901 SAVARESE CIR N
TAMPA, FL 33634

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $930.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.409**

RESTAURANT TECHNOLOGIES INC
12962 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $49,484.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.410**

RETAIL SECURITY SERVICES INC
5 ORVILLE DR SUITE 100
BOHEMIA, NY 11716

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $6,370.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.411**

REYNOLDS H2O PLUS INC
1222 W GREENLEAF ST
ALLENTOWN, PA 18102-1199

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $246.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.412

RITUAL BEVERAGE COMPANY LLC
4115 N RAVENSWOOD AVE SUITE 205
CHICAGO, IL 60613

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $126.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

3.413

ROBERT AKIN JR
550 F NORTH FRONTAGE ROAD
BOLINGBROOK, IL 60440

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $85.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.414

ROBERT E WEHMEYER III
1319 MOTOR CIRCLE
DALLAS, TX 75207

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $362.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.415

ROLLINS INC
60 SHARP STREET UNIT 1
HINGHAM, MA 02043

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,320.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.416

ROTO ROOTER SERVICES CO
5672 COLLECTIONS CENTER
CHICAGO, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $15,498.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.417

ROYSTON,MUELLER,MCLEAN & REID
102 WEST PENNSYLVANIA AVE
TOWSON, MD 21204-4575

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $115.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Legal

**Is the claim subject to offset?**
☐ No
☐ Yes

3.418

RS WATER HOLDINGS LLC
3201 PREMIER DR STE 300
IRVING, TX 75063

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $86.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.419

RSM US LLP
331 WEST 3RD STREET SUITE 200
DAVENPORT, IA 52801

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,420.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.420

RSVP EVENT PRODUCTIONS
8238 COOLEY LAKE ROAD SUITE A
COMMERCE TOWNSHIP, MI 48382

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.421

SAMCO SALES AND SERVICE INC
11878 BROOKFIELD ST
LIVONIA, MI 48150

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $42,753.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.422

SANDY ALEXANDER INC
200 ENTIN RD
CLIFTON, NJ 07014

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $40,170.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No
☐ Yes

3.423

SASHA MENDZOA
2811 E SUNSET HILLS DR
PHOENIX, AZ 85050

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.424**

SAUCON VALLEY LIFESTYLE CENTER LP
P.O. BOX 28482
NEW YORK, NY 10087-8482

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $56,235.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.425**

SCND BLOCK 4000 LLC
2020 W WAR MEMORIAL
PEORIA, IL 61614

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $38,566.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.426**

SCP REO FUND NORTHFIELD SPLITTER LP
C/O STOCKDALE CAPITAL PARTNERS LLC
LOS ANGELES, CA 90024

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $133,813.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.427**

SECURENET LLC
84 NW 300 ROAD
CLINTON, MO 64735

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $4,513.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.428

SECURITAS TECHNOLOGY CORPORATION
8350 SUNLIGHT DRIVE
FISHERS, IN 46037

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:        $67,427.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.429

SEDGWICK CLAIMS MANAGEMENT SERVICES INC
1100 RIDGEWAY LOOP RD STE 200
MEM, TN 38120

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:        $86,027.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Insurance

**Is the claim subject to offset?**
☐ No

☐ Yes

3.430

SEPTON DEVELOPMENT GROUP INC
9545 E DOUBLETREE RANCH ROAD STE 150
SCOTTSDALE, AZ 85258

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:        $3,135.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.431

SERTEC LLC
5510 Vine St
Alexandria, VA 22310

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:        $3,681.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.432

SERVALL DATA SYSTEMS INC
5348 VEGAS DRIVE
LAS VEGAS, NV 89108

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.433

SERVICE MANAGEMENT GROUP LLC
4049 PENNSYLVANIA AVE STE 203 PMB 1063
KANSAS CITY, MO 64111

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $130,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.434

SERVICE PLUS INC
178 U S HWY 206
FLANDERS, NJ 07836

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $405.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.435

SERVICE SPECIALIST LLC
212 W Sycamore St
DENTON, TX 76201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $287.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.436

SERVICECHANNEL.COM INC
6200 STONERIDGE MALL RD
PLEASANTON, CA 94588

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $60,985.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.437

SETH TIDWELL
PO BOX 332818
MURFREESBORO, TN 37133

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $370.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.438

SHAMROCK RESTAURANT CLEANING LLC
2541 N DALE MURPHY HWY
TAMPA, FL 33607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $82,267.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.439

SHARE OUR STRENGTH
PO BOX 75475
BALTIMORE, MD 21275-5475

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $30,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Donation

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.440**

SHAWN FERNANDES
320 SE 11TH AVE #103
POMPANO BEACH, FL 33060

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.441**

SHORE POINT-FINTECH
100 SHORE POINT DRIVE
FREEHOLD, NJ 07728

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,687.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.442**

SIEMENS INDUSTRY INC
PO BOX 2134
CAROL STREAM, IL 60132-2134

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $4,769.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.443**

SILVER EAGLE DIST FINTECH
7777 WASHINGTON AVE
HOUSTON, TX 77007

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $117.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.444**

SILVER STATE PLUMBING LLC
4535 COPPER SAGE STREET
LAS VEGAS, NV 89115

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $202.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.445**

SIMSERV INC
PO BOX 86
QUEENSTOWN, MD 21658

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,081.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.446**

SINGLE SOURCE SECURITY LLC
110 Franklin Rd Se 8Th Floor
Roanoke, VA 24011

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $18,728.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.447**

Smith, Crystal Simon Law Co. Gagnon, Matthew, 476 S Prairie St.,
Bethalto, IL, 62010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $15,250.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage and Hour

**Is the claim subject to offset?**
☐ No

☐ Yes

3.448

Smith, Jessica MILLER WEISBROD OLESKY, LLP 11551 Forest Central Dr., Ste 300, Dallas, TX, 75243

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Bodily Injury

**Is the claim subject to offset?**
☐ No
☐ Yes

Unliquidated

---

3.449

SOCI INC
DEPT LA 24700
PASADENA, CA 91185

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No
☐ Yes

$17,661.60

---

3.450

SOUTHAMPTON CUTTING INDUSTRY
24509 AGRI PARK DRIVE
COURTLAND, VA 23837

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$152.64

---

3.451

SOUTHERN GLAZER - FINTECH
PO BOX 2971
CHICAGO, IL 60674-2971

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No
☐ Yes

$69.00

3.452

SOUTHERN GLAZERS WINE AND SPIRITS OF MASSACHUSETTS LLC
1600 NW 163RD STREET
MIAMI, FL 33169

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $4,945.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No

☐ Yes

3.453

SPECIFIC GRAVITY GROUP INC
116 VILLAGE BLVD SUITE 200
PRINCETON, NJ 08540

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $30,332.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.454

SPIGEL FAMILY HOLDINGS LTD
6220 CAMPBELL RD #104
DALLAS, TX 75248

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $44,971.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**
☐ No

☐ Yes

3.455

STAHL PLUMBING HEATING AND AC INC
1924 MCCAGUE STREET
PITTSBURGH, PA 15218

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $414.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.456

STANLEY CONVERGENT SECURITY
SOLUTIONS INC
PALATINE, IL 60055

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $30,963.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.457

STAPLES CONTRACT AND COMMERCIAL
500 STAPLES DRIVE
FRAMINGHAM, MA 01702

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $14,972.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.458

STEPHANIE BALEOTIS
291 SE 10 ST
POMPANO BEACH, FL 33060

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.459

Stephanie Richardson Kelsey M. Tubman, Esq. Phillips & Associates
(NYC), 45 Broadway, #430, New York, NY, 10006

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    Unliquidated
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Harassment

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.460**

STEPHANIE RICHARDSON, Kelsey M. Tubman, Esq., Phillips &
Associates (NYC) 45 Broadway, #430, New York, NY, 10006

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Unliquidated
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Harassment

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.461**

STIARWALT ELECTRIC INC
PO BOX 1710
ST CHARLES, MO 63302

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $1,165.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.462**

STOECKIN ENTERPRISES INC
PO BOX 428
ALLENTOWN, NJ 08501

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $215.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.463**

STONEMILL FOODSERVICE LLC
PO Box 2249
South Padre Island, TX 78521

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $30,022.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**
☐ No
☐ Yes

3.464

STRAND SECURITY LLC
11810 UNIT 10 HIGHWAY 17 BYPASS
MURRELLS INLET, SC 29576

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $43.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.465

STRAUSE REFRIGERATION INC
7944 W CENTRAL UNIT 8
SYLVANIA TOWNSHIP, OH 43617

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $14,740.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.466

STUEVER AND SONS
330 W FAY AVE UNIT B
ADDISON, IL 60101

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $815.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.467

SUMMIT FIRE AND SECURITY LLC
2500 LEXINGTON AVENUE S
MENDOTA HEIGHTS, MN 55120

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $2,976.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.468

SUNWEST FACILITY SERVICES
11721 WHITTIER BLVD 295
WHITTIER, CA 90601

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $74,247.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.469

SUPERIOR FACILITY SERVICE GROUP INC
1114 HIGHWAY 96 SUITE C1 357
KATHLEEN, GA 31047

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,172.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.470

SURVOYS SUPERIOR SERVICE INC
5180 W 164TH ST
BROOKPARK, OH 44142

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.471

Sweeney, Wincie John Crouch, Dallas Tx, Kilgore & Kilgore, PLLC, 3109
Carlisle St, Kilgore Law Center, Dallas, TX, 75204-1194

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $28,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Age discrimination and retaliation

**Is the claim subject to offset?**
☐ No
☐ Yes

3.472

SYDNEY MARION
704 White Oak Ln
Arlington, TX 76012

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $520.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Contractor

**Is the claim subject to offset?**

☐ No

☐ Yes

3.473

T G K INC
9861 BROKEN LAND PARKWAY
COLUMBIA, MD 21046

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $18,713.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.474

T PENINSULA LMJ VA LLC
PO BOX 209277
AUSTIN, TX 78720-9277

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $3,834.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**

☐ No

☐ Yes

3.475

TAMPA WESTSHORE ASSOC
PO BOX 67000
DETROIT, MI 48267-1770

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $8,159.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.476**

TCJ MECHANICAL
361 N WOOD DALE ROAD
WOOD DALE, IL 60191

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $9,355.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.477**

TDn2K, LLC
14785 PRESTON RD STE 290
DALLAS, TX 75254

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $8,100.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.478**

TECH SERVICE TODAY LLC
1903 S CONGRESS AVE
BOYNTON BEACH, FL 33426

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $9,879.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.479**

TECHNOLOGY RESOURCE CENTER OF AMERICA LLC
PO BOX 202056
DALLAS, TX 75320-2056

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $5,537.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.480

TEK EXPRESS INC
25 HUTCHESON PLACE
LYNBROOK, NY 11563

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

$746.38

---

3.481

TEN KITES LIMITED
MARKHAM HOUSE 20 BROAD STREET
WOKINGHAM, BERKSHIRE RG40 1AH

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No

☐ Yes

$23,247.00

---

3.482

TEXAS LIVE SOUND LLC
23323 LAZY HOLLOW LANE
HOCKLEY, TX 77447

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

$300.00

---

3.483

TFL FRANCHISE SYSTEMS LLC
859 WILLARD STREET SUITE 100
QUINCY, MA 02169

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

$9,498.23

3.484

THE CLEANING LEADERS LLC
330 STONECREST WAY
NASHVILLE, TN 37209

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $1,600.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.485

THE ELECTRIC MOTOR REPAIR CO INC
9100 YELLOW BRICK RD STE H
ROSEDALE, MD 21237

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $7,694.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.486

THE POINT GROUP INC
5601 GRANITE PARKWAY SUITE 500
PLANO, TX 75024

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $10,625.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No
☐ Yes

3.487

THE SPICE DEPOT INC
31W154 91ST STREET SUITE 121
NAPERVILLE, IL 60564

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*                                    $18,027.02

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.488**

THE TAUBMAN REALTY GROUP LP
DEPARTMENT 124501 PO BOX 67000
DETROIT, MI 48267

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $53,490.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.489**

THOMAS, TIANNA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** Unliquidated
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
EEOC Charge - Discrimination and Retaliation

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.490**

TLC SECURITY SOLUTIONS INC
433 WALPOLE ST
NORWOOD, MA 02062-3034

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $152.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.491**

TM PARTRIDGE CREEK MALL LP
75 REMITTANCE DRIVE
CHICAGO, IL 60654-1311

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $23,959.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**
☐ No
☐ Yes

3.492

TONYS LAWN AND LANDSCAPES LLC
804 HAVENWOOD COURT
RALEIGH, NC 27615

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                              $8,840.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.493

TORTORICE AND BRADY INC
1070 LINDBERGH DRIVE
BEAUMONT, TX 77707

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                              $174.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

3.494

TOTAL SYSTEMS CONTROL INC
1002 OAK STREET
LARGE, PA 15025

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                              $1,473.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.495

TPB VENTURE LLC
20 SOUTH CLARK STREET
CHICAGO, IL 60603

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                              $18,347.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy

**Is the claim subject to offset?**

☐ No

☐ Yes

3.496

TRI-MEGA MECHANICAL HEATING & AC LLC
5160 W MISSOURI AVE
GLENDALE, AZ 85301

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $19,831.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.497

TWC SERVICES INC
PO BOX 1612
DES MOINES, IA 50306-1612

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $46,082.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.498

TY CONSTRUCTION COMPANY INC
40 KRINER ROAD
CHAMBERSBURG, PA 17202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $34,931.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.499

ULYSSES BLOOM
6919 SPANGLERS SPRING WAY
RALEIGH, NC 27610

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.500

UNDERGROUND VAULTS & STORAGE INC
PO BOX 1723
HUTCHINSON, KS 67504-1723

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $56.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.501

UNDERWOOD PERKINS, P.C.
5420 LBJ FREEWAY
DALLAS, TX 75240

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $2,412.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Legal

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.502

UNITED SERVICE TECHNOLOGIES INC
181 W ORANGETHORPE AVE SUITE D
PLACENTIA, CA 92870

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $7,578.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.503

UNLIMITED RETAIL SERVICES INC
555 BROADHOLLOW ROAD SUITE 202
MELVILLE, NY 11747

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $71,778.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.504**

UPS
ACCT 2W8450
CAROL STREAM, IL 60132-0577

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $853.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.505**

URNER BARRY PUBLICATIONS INC
PO BOX 389
TOMS RIVER, NJ 08754

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $7,639.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.506**

US FOODS INC
9399 WEST HIGGINS RD STE 500
ROSEMONT, IL 60018

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $1,605,510.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.507**

VALLEY SERVICES INC
1381 N PIONEER ST
GILBERT, AZ 85233

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $5,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.508

VALUEDYNAMX INC
7950 Legacy Drive
Plano, TX 75024

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $40,827.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.509

VANNESSA NICOLE CASTRO
10 LAURETTA DRIVE
EAST BRUNSWICK, NJ 08816

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $175.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.510

VECTOR SECURITY INC
PO BOX 89462
CLEVELAND, OH 44101

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $60.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.511

VESTIS GROUP INC
500 COLONIAL CENTER PARKWAY SUITE 140
ROSWELL, GA 30076

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $88,254.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods/Supplies

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.512**

VIGILANT FIRE PROTECTION INC
244 WINFRED DRIVE
RALEIGH, NC 27603

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$663.14

**3.513**

VIGILANTE SECURITY INC
2681 INDUSTRIAL ROW DRIVE
TROY, MI 48084

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$103.50

**3.514**

VORTEX INDUSTRIES INC
FILE 1095 1801 W OLYMPIC BLVD
PASADENA, CA 91199-1095

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$599.00

**3.515**

W3W LEGACY CORP
1312 MORGANA DRIVE
JOLIET, IL 60431

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$280.00

3.516

WELSMAN HOLDINGS LLC
4181 S TUMBLEWEED PLACE
CHANDLER, AZ 85248

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $184.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.517

WEST VILLAGE MICHIGAN LLC
23400 MICHIGAN AVE STE 301
DEARBORN, MI 48124

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $16,813.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Occupency Cost

**Is the claim subject to offset?**
☐ No
☐ Yes

3.518

WHALEY FOODSERVICE LLC
PO BOX 615
LEXINGTON, SC 29071

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $816.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.519

WILLIAM CHAMBERS
195 TELLURIDE STREET SUITE 4
BRIGHTON, CO 80601

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,066.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.520

WILLIAM R CHIPMAN
PO BOX 6827
BLUE SPRINGS, MO 64064

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $810.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.521

WINDY CITY EQUIPMENT SERVICE INC
278 S HAMILTON PLACE
GILBERT, AZ 85233

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,578.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

3.522

WINDY CITY RESTAURANT MANAGMENT LLC
1325 S Halsted
Chicago, IL 60607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $28,769.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchisee

**Is the claim subject to offset?**

☐ No

☐ Yes

3.523

WINTER PARK TOWN CENTER LTD
PO BOX 73847
CLEVELAND, OH 44193

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,338.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Occupancy Cost

**Is the claim subject to offset?**

☐ No

☐ Yes

3.524

WOODBRIDGE PLUMBING INC
2705 Code Way
Lake Ridge, VA 22192

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $407.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
General Payable

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.525

YELP
PO BOX 204393
DALLAS, TX 75320-4393

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Marketing

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $0.00 |
| **5b. Total claims from Part 2** | 5b. | $8,756,971.35 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $8,756,971.35 |

**Fill in this information to identify the case:**

Debtor name: BLH Acquisition Co., LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 25-10578

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest: Training platform<br>State the term remaining: Current<br>List the contract number of any government contract: | 1Huddle<br>Attn: Sam Caucci, Brianna Hernandez<br>550 Broad Street<br>Newark, NJ 07102 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest: Desk phones<br>State the term remaining: Current<br>List the contract number of any government contract: | 4Voice, LLC<br>1095 Broken Sound Parkway NW<br>Ste 201<br>Boca Raton, FL 33487 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest: Real Property Lease<br>State the term remaining: 1621<br>List the contract number of any government contract: | ACC OP (University Shoppes Orlando) LLC Austin, TX 78738<br>c/o American Campus Communities<br>12700 Hill Country Blvd, Ste T-200<br>Austin, TX 78738 |

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Partnership agreement | Action Againt Hunger Attn: Aron Flasher One Whitehall Street 2nd Floor New York, NY 01000 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Software license | Action Card 1111 N 13th St Ste 208 Omaha, NE 68102 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Creative Software | Adobe 345 Park Avenue San Jose, CA 95110 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Automatic Defibulator | AED123 Attn: Bobby Wehmeyer 1319 Motor Circle Dallas, TX 75207 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Linen and.or Uniform Rental | ALSCO INC 2631 NW 17TH LANE DEERFIELD BEACH, FL 33064 |
| | **State the term remaining** | 782 | |
| | **List the contract number of any government contract** | | |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Music subscriber | Ambiance Radio LLC 79 East Daily Drive Suite 263 Camarillo, CA 93010 |
| | **State the term remaining** | 1016 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | AMEX<br>20022 North 31st Ave<br>Mail Code AZ 08-03-11<br>Phoenix, AZ 85027 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Rent textile merchandise (uniforms) | Aramark<br>2400 Market Street<br>Philadelphia, PA 19103 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Hood cleaning service - Center Valley | Averus<br>Eastern Regional Office<br>PO Box 588<br>Ne Hartford, CT 06057 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Hood cleaning service - Foxborough | Averus<br>Eastern Regional Office<br>PO Box 588<br>Ne Hartford, CT 06057 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Microsites, Franchise site | AWS<br>410 Terry Ave N<br>Seattle, WA 98109 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | for Barlouie.com | Azure<br>One Microsoft Way<br>Redmond, WA 98052 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | B. Riley Real Estate, LLC<br>150 N Riverside Plaza<br>Suite 2800<br>Chicago, IL 60606 |
| | State the term remaining | Current | |
| | List the contract number of any government contract | | |

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Barron Corporate Tax Solution, Ltd<br>PO Box 1588<br>Wheaton, IL 60187 |
| | State the term remaining | 252 | |
| | List the contract number of any government contract | | |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | Baybrook LPC, LLC<br>Baybrook Lifestyle & Power Ctr.<br>350 N. Orleans St., Suite 300<br>Chicago, IL 60654-1607 |
| | State the term remaining | 221 | |
| | List the contract number of any government contract | | |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | Baybrook LPC, LLC<br>Baybrook Lifestyle & Power Ctr.<br>350 N. Orleans St., Suite 300<br>Chicago, IL 60654-1607 |
| | State the term remaining | 221 | |
| | List the contract number of any government contract | | |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Real Estate attorney | Bell Nunnally<br>Attn: Kassandra McLaughlin<br>2323 Ross Ave<br>Ste 1900<br>Dallas, TX 75201 |
| | State the term remaining | Current | |
| | List the contract number of any government contract | | |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | Bellevue Redevelopment Associates, LP<br>c/o Branch Properties, LLC<br>3340 Peachtree Road NE<br>Suite 600<br>Atlanta, GA 30326 |
| | State the term remaining | 1195 | |
| | List the contract number of any government contract | | |

**2.22** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

**State the term remaining** 859

**List the contract number of any government contract**

Belmar Commercial Owner, LP (Starwood)
One East Wacker Dr., Ste 3700
Chicago, IL 60601

**2.23** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

**State the term remaining** Current

**List the contract number of any government contract**

Black Box Intelligence
Attn: Shelley Duren
14785 Preston Road
Suite 290
Dallas, TX 75254

**2.24** **State what the contract or lease is for and the nature of the debtor's interest**

Employment Agreement

**State the term remaining** Current

**List the contract number of any government contract**

Brian Wright
Address on File

**2.25** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

**State the term remaining** 1652

**List the contract number of any government contract**

Broadway at the Beach, Inc.
PO Box 7577
Myrtle Beach, SC 29572

**2.26** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

**State the term remaining** 1592

**List the contract number of any government contract**

Brookfield Properties (USA) LLC
250 Vesey St., 15th Floor
New York, NY 10281-1023

**2.27** **State what the contract or lease is for and the nature of the debtor's interest**

Communication service

**State the term remaining** Current

**List the contract number of any government contract**

Bullseye (Lingo)
25925 Telegraph Rd
Ste 210
Southfield, MI 48033

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Financial System (Cash management/FP&A/GL/Tax Management) | Business Central |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Card printing company | Card Marketing Services<br>Attn: Julie Fields<br>2026 Johnson Industrial Blvd<br>Nolensville, TN 37135 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Public relations, social media and paid media agency of record | CHAMPION MANAGEMENT<br>15455 DALLAS PARKWAY SUITE 135<br>ADDISON, TX 75001 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | National Fire Protection | CINTAS CORPORATION<br>PO BOX 29059<br>PHOENIX, AZ 85038-9059 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Comprehensive cleaning service | Cleaning -365 Cleaning Service (Nashville-The Gulch) |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Cleaning building | Cleaning -The Janex Group, LLC (St. Charles) |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

**2.34** **State what the contract or lease is for and the nature of the debtor's interest**

Coke beverages

COCA COLA USA
PO BOX 102703
ATLANTA, GA 30368

**State the term remaining**

Current

**List the contract number of any government contract**

**2.35** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Conversant
Attn: Brian Giannone
30699 Russell Ranch Rd
Ste 250
Westlake Village, CA 91362

**State the term remaining**

Current

**List the contract number of any government contract**

**2.36** **State what the contract or lease is for and the nature of the debtor's interest**

Subscription Agreement

Copliancy, Inc,
2222 Damon St
Los Angeles, CA 90021

**State the term remaining**

Current

**List the contract number of any government contract**

**2.37** **State what the contract or lease is for and the nature of the debtor's interest**

Group Prurchasing Organization

Core Trust
601 11th Avenue Suite 700
Nashville, TN 37203

**State the term remaining**

Current

**List the contract number of any government contract**

**2.38** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

CP Commercial Delaware, LLC
c/o Robert L. Stark Enterprises, Inc.
1350 West 3rd Street
Cleveland, OH 44113

**State the term remaining**

707

**List the contract number of any government contract**

**2.39** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

CPT - Arlington Highlands 2, LP
c/o AEW Capital Management LP
Two eaport Lane, 16th Floor
Boston, MA 02210

**State the term remaining**

1287

**List the contract number of any government contract**

| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Services for background checks, such as motor vehicle records, criminal history, credit history | Crimcheck Holdings, LLC<br>150 Pearl Rd<br>Brunswick, OH 44212 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Federally authorized tax practioners | Crowe<br>225 West Wacker Drive<br>Suite 2600<br>Chicago, IL 60606-1224 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | Dearborn Station Associates II Partnership<br>Attn: Nicholas Novelle<br>47 West Polk Street<br>Suite M11<br>Chicago, IL 60605 |
| | **State the term remaining** | 1529 | |
| | **List the contract number of any government contract** | | |

| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | 3rd party Delivery | Delivery.com<br>55 Water Street<br>28th Floor<br>New York, NY 10041 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Streamline ordering process of menus and print collateral | Dinetec360<br>6305 Chancellor Drive<br>Orlando, FL 32908 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Corporate Dining Restaurant Agreement | Dinova<br>Attn: Meredith Lemerand<br>6455 East Johns Crossing<br>Suite 220<br>Johns Creek, GA 30097 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

**2.46** **State what the contract or lease is for and the nature of the debtor's interest**

Directv service

**State the term remaining**    789

**List the contract number of any government contract**

Directv
Attn: Susan Berg
2230 E. Imperial Hwy
El Segundo, CA 90245

**2.47** **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Agreement

**State the term remaining**    Current

**List the contract number of any government contract**

DNA Hospitality Inc.
3321 Gilmore Industrial Blvd
Louisville, KY 40213

**2.48** **State what the contract or lease is for and the nature of the debtor's interest**

Signing Agreements

**State the term remaining**    Current

**List the contract number of any government contract**

DocuSign
221 Main Street
Suite 1000
San Francisco, CA 94105

**2.49** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

**State the term remaining**    Current

**List the contract number of any government contract**

Door Dash
303 2nd St
South Tower, Ste 800
San Francisco, CA 94107

**2.50** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

**State the term remaining**    586

**List the contract number of any government contract**

E&P at East Brunswick LLC
c/o Paramount Realty Services
1195 Rt 70, Suite 2000
Lakewood, NJ 08701

**2.51** **State what the contract or lease is for and the nature of the debtor's interest**

Bar Inspections 4x/yr

**State the term remaining**    1713

**List the contract number of any government contract**

Ecolab Ecosure
26397 Network Pl
Chicago, IL 60673-1263

2.52  **State what the contract or lease is for and the nature of the debtor's interest**

Warewashing cleaning and sanitizing chemical products

**State the term remaining**  Current

**List the contract number of any government contract**

Ecolab Inc
Attn: John McDonald
655 Lone Oak Drive
Eagan, MN 55121

---

2.53  **State what the contract or lease is for and the nature of the debtor's interest**

Product and Services Supply Agreement

**State the term remaining**  Current

**List the contract number of any government contract**

Ecolab, Inc.
1 Ecolab Place
St. Paul, MN 55102

---

2.54  **State what the contract or lease is for and the nature of the debtor's interest**

Smallwares distributor

**State the term remaining**  1411

**List the contract number of any government contract**

Edward Don & Company
Attn: John Fahey
9801 Adam Don Pkwy
Woodridge, IL 60517

---

2.55  **State what the contract or lease is for and the nature of the debtor's interest**

Exclusive energy procurement advisor and broker

**State the term remaining**  Current

**List the contract number of any government contract**

Energy by 5
4545 Fuller Dr.
Suite 412
Irving, TX 75038

---

2.56  **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

**State the term remaining**  1287

**List the contract number of any government contract**

Fairbourne Properties
200 South Michigan Ave., Suite 400
Chicago, IL 60604

---

2.57  **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

**State the term remaining**  1103

**List the contract number of any government contract**

Federal Realty
909 Rose Avenue, Suite 200
North Bethesda, MD 20852

2.58    **State what the contract**    Real Property Lease                    Federal REalty OP LP
        **or lease is for and the**                                          909 Rose Ave., Suite 200
        **nature of the debtor's**                                           N Bethesda, MD 20852
        **interest**
        **State the term**            1298
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.59    **State what the contract**    Electronic funds transfer services    Fintech
        **or lease is for and the**                                          3109 W Dr Martin Luther King
        **nature of the debtor's**                                           Tampa, FL 33607
        **interest**
        **State the term**            Current
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.60    **State what the contract**    Workforce management                  Fourth Enterprises, LLC
        **or lease is for and the**                                          6504 Bridge Point Pkwy
        **nature of the debtor's**                                           Ste #300
        **interest**                                                         Austin, TX 78730
        **State the term**            66
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.61    **State what the contract**    Workman's Comp, EPLI                  Fourth Enterprises, LLC
        **or lease is for and the**                                          6504 Bridge Point Pkwy
        **nature of the debtor's**                                           Ste #300
        **interest**                                                         Austin, TX 78730
        **State the term**            Current
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.62    **State what the contract**    Real Property Lease                   GGP Jordan Creek LLC
        **or lease is for and the**                                          Village at Jordan Creek
        **nature of the debtor's**                                           350 N. Orleans St., Suite 300
        **interest**                                                         Chicago, IL 60654-1607
        **State the term**            1499
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.63    **State what the contract**    Real Property Lease                   GGP Jordan Creek LLC
        **or lease is for and the**                                          Village at Jordan Creek
        **nature of the debtor's**                                           101 Jordan Creek Parkway, Ste 12518
        **interest**                                                         West Des Moines, IA 50266
        **State the term**            1499
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | GGP Northridge Fashion Center, LP c/o Nortridge Fashion Center 350 N. Orleans St., Suite 300 Chicago, IL 60654-1607 |
| | State the term remaining | 252 | |
| | List the contract number of any government contract | | |

| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | GGP Northridge Fashion Center, LP c/o Nortridge Fashion Center 350 N. Orleans St., Suite 300 Chicago, IL 60654-1607 |
| | State the term remaining | 252 | |
| | List the contract number of any government contract | | |

| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Manage voice, cellular, data and networking | Granite Telecommunications LLC 1 Heritage Drive Quincy, MA 02171 |
| | State the term remaining | 1010 | |
| | List the contract number of any government contract | | |

| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Tax compliance sevices | Grant Thornton 500 N Akard St Suite 1200 Dallas, TX 75201 |
| | State the term remaining | Current | |
| | List the contract number of any government contract | | |

| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Grubhub Attn: Legal Dept 111 W. Washington St Ste 2100 Chicago, IL 60602 |
| | State the term remaining | Current | |
| | List the contract number of any government contract | | |

| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Help desk software | Happy Fox 530 Technology Drive Ste 100 Irvine, CA 92618 |
| | State the term remaining | Current | |
| | List the contract number of any government contract | | |

Debtor  BLH Acquisition Co., LLC
        Name                                                          Case number *(if known)* 25-10578

| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | Hines Global REIT |
| | | | 2615 Med Center Parkway LLC |
| | **State the term remaining** | 737 | 2800 Post Oak Boulevard, Suite 5000 |
| | **List the contract number of any government contract** | | Houston, TX 77056-6118 |

| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Hood cleaning service | Hoodz North America, LLC |
| | | | Attn: Bill Tsaparas |
| | **State the term remaining** | Current | 731 Fairfield Ct |
| | **List the contract number of any government contract** | | Ann Arbor, MI 48108 |

| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Purchase and Software License Agreement- For Foxboro | Idscience Inc |
| | | | 23 Jayar Rd |
| | **State the term remaining** | Current | Medway, MA 02053 |
| | **List the contract number of any government contract** | | |

| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | InfoSync Services, LLC |
| | | | 1938 N. Woodlawn |
| | **State the term remaining** | Current | Ste 100 |
| | **List the contract number of any government contract** | | Wichita, KS 67208 |

| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Credit Purchase Agreement | inKind Cards, Inc |
| | | | 600 Congress Ave. |
| | **State the term remaining** | Current | Suite 1700 |
| | **List the contract number of any government contract** | | Austin, TX 78701 |

| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | New Secruity | Interface |
| | | | 1280 West Peachtree St NW |
| | **State the term remaining** | Current | Atlanta, GA 30309 |
| | **List the contract number of any government contract** | | |

| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Provider of technology products and services and partners with a variety of third parties to offer end-to-end solutions to merchants | Kickfin<br>501 Congress Avenue<br>Suite 150<br>Austin, TX 78701 |
| | State the term remaining | Current | |
| | List the contract number of any government contract | | |

| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | KRG Ashburn Loudon, LLC<br>c/o Kite Realty Group<br>Attn: Legal Dept<br>30 South Meridian Street Suite 1100<br>Indianabolis, IN 46201 |
| | State the term remaining | 1256 | |
| | List the contract number of any government contract | | |

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | Laurel Park Retail Properties, LLC<br>c/o CBL Associates Management, Inc.<br>CBL Center, Suite 500<br>2030 Hamilton Place Blvd.<br>Chattanooga, TN 37421 |
| | State the term remaining | 768 | |
| | List the contract number of any government contract | | |

| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | Legacy Village Investors LLC<br>25333 Cedar Road, Suite 300<br>Lyndhurst, OH 44124 |
| | State the term remaining | 403 | |
| | List the contract number of any government contract | | |

| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Firm dealing with beverage alcohol regulatory matters | Lehrman Beverage Law, PLLC<br>2911 Hunter Mill Road Suite 303<br>Oakton, VA 22124 |
| | State the term remaining | Current | |
| | List the contract number of any government contract | | |

| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | Levis Commons, LLC<br>c/o Hill Partners, Inc.<br>101 W. Worthington Ave., Ste. 204<br>Charlotte, NC 28203 |
| | State the term remaining | 342 | |
| | List the contract number of any government contract | | |

| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Grease Trap /Interceptor | Liquid Environmental Solutions Of Tx LLC<br>PO Box 733372<br>Dallas, TX 750373-3375 |
| | State the term remaining | Current | |
| | List the contract number of any government contract | | |

| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | LiquorLicense.com<br>Attn: Sam Block<br>2222 Damon St<br>Los Angeles, CA 90021 |
| | State the term remaining | Current | |
| | List the contract number of any government contract | | |

| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Agent of record for all insurance | Marsh And Mclennan Companies Inc<br>8144 Walnut Hill Lane 16Th Floor<br>Dallas, TX 75231 |
| | State the term remaining | 37 | |
| | List the contract number of any government contract | | |

| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | MCA Promenade Owner LLC<br>c/o Avison Young<br>4467 Lyons Road, Suite 102 B<br>Coconut Creek, FL 33073 |
| | State the term remaining | 221 | |
| | List the contract number of any government contract | | |

| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | Megan Gibbons<br>Address on File |
| | State the term remaining | Current | |
| | List the contract number of any government contract | | |

| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | TPA- Workers Comp | Minute Men Hr Mgmt Svcs Inc<br>3740 Carnegie Ave 3Rd Fl<br>Cleveland, OH 44115 |
| | State the term remaining | Current | |
| | List the contract number of any government contract | | |

**2.88**  **State what the contract or lease is for and the nature of the debtor's interest**

Solink subscription for 30 bars

MLPS
Suite 900
Washington, DC 20001

**State the term remaining**  Current

**List the contract number of any government contract**

---

**2.89**  **State what the contract or lease is for and the nature of the debtor's interest**

Gift cards

NetMasons
4367 South 100 West
Anderson, IN 46013

**State the term remaining**  Current

**List the contract number of any government contract**

---

**2.90**  **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

North Shore Place Partners, LLC
c/o Continental Real Estate Companies
150 East Broad Street, Ste 800
Columbus, OH 43215

**State the term remaining**  403

**List the contract number of any government contract**

---

**2.91**  **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

Northwood PL Holdings, LP
c/o Northwood Retail LLC
8080 Park Loane, Suite 770
Dallas, TX 75231

**State the term remaining**  1682

**List the contract number of any government contract**

---

**2.92**  **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

NPP Development LLC
One Patriot Place
Foxborough, MA 02035

**State the term remaining**  1529

**List the contract number of any government contract**

---

**2.93**  **State what the contract or lease is for and the nature of the debtor's interest**

Purchase of carbon dioxide and nitrogen products

Nuco2, LLC.
PO Box 417902
Boston, MA 02241-7902

**State the term remaining**  1148

**List the contract number of any government contract**

**2.94** **State what the contract or lease is for and the nature of the debtor's interest**

Subscription service for Word, excel, PowerPoint, Outlook.

Office 365
One Microsoft Way
Redmond, WA 98052

**State the term remaining** 42

**List the contract number of any government contract**

---

**2.95** **State what the contract or lease is for and the nature of the debtor's interest**

National labor and employment counsel

Ogletree, Deakins, Nash, Smoak & Stewart, P.C
Preston Commons West
8117 Preston Rd
Ste 500
Dallas, TX 75225

**State the term remaining** Current

**List the contract number of any government contract**

---

**2.96** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Olo
Attn: Noah Glass
One World Trade Center
285 Fulton St, 82nd Fl
New York, NY 10007

**State the term remaining** Current

**List the contract number of any government contract**

---

**2.97** **State what the contract or lease is for and the nature of the debtor's interest**

Software for guest data sharing

Opentable Inc
Attn: Sarah Barreto
1 Montgomery St., Ste 500
San Francisco, CA 94104

**State the term remaining** Current

**List the contract number of any government contract**

---

**2.98** **State what the contract or lease is for and the nature of the debtor's interest**

Equipment Purchase and Software License Agreement

Patron Scan
Attn: Alberio Bathory-Frota
4500 Orange Blvd
Sanford, FL 32771

**State the term remaining** Current

**List the contract number of any government contract**

---

**2.99** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

Peninsula Town Center, LLC
c/o Mall Properties
Attn: Lease Administration
5500 New Albany Road East, Third Floor
New Albany, OH 43054

**State the term remaining** 1013

**List the contract number of any government contract**

| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | On-going website maintenance | Pink Jacket<br>10288 E Northwest Hwy<br>PMB 10007<br>Dallas, TX 75238 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Legal firm-post bankruptcy/ Franchise attorney | Plave Koch<br>12005 Sunrise Valley Dr<br>Ste 200<br>Reston, VA 20191-3404 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | Personality test when onboarding | Predictive Index LLC<br>101 Station Drive Suite 210<br>Westwood, MA 02090 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | Produce company | Produce Alliance LLC<br>Attn: Adam Silver<br>2275 Half Day Rd.<br>Suite 337<br>Bannockburn, IL 60015 |
| | **State the term remaining** | 1576 | |
| | **List the contract number of any government contract** | | |

| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | Company behind Loyalty program | Punch<br>Attn: Anish Mehta<br>1875 S. Grant St<br>#810<br>San Mateo, CA 94402 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | PCI Scans Network Compliance | Qualys Inc<br>919 E Hillsdale Blvd 4Th Floor<br>Foster City, CA 94404 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

**2.106** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

**State the term remaining**   433

**List the contract number of any government contract**

RCM Florida SPE LLC
4046 Spring Island
Okatie, SC 29909

---

**2.107** **State what the contract or lease is for and the nature of the debtor's interest**

PCI Assessment Services Agreement

**State the term remaining**   Current

**List the contract number of any government contract**

Resource Global Professionals (RGP)
Attn: Maria Martindale
PO Box 740909
Los Angeles, CA 90074-0909

---

**2.108** **State what the contract or lease is for and the nature of the debtor's interest**

Software

**State the term remaining**   Current

**List the contract number of any government contract**

Restaurant 365
Attn: Trent Sconnely
500 Technology Dr.
Suite 200
Irvine, CA 92618

---

**2.109** **State what the contract or lease is for and the nature of the debtor's interest**

Cooking Oil Supplier /waste Oil Removal

**State the term remaining**   998

**List the contract number of any government contract**

RTI
3040 East Cornwallis Road
P.O. Box 12194
Research Triangle Park, NC 27709-2194

---

**2.110** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

**State the term remaining**   2017

**List the contract number of any government contract**

Saucon Valley Lifestyle Center, L.P
PGIM Real Estate
Attn: PRISA II - Asset Management

---

**2.111** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

**State the term remaining**   829

**List the contract number of any government contract**

SCND Block 4000, LLC Peoria, IL 61611
c/o Cullinan Properties, Ltd.
420 N. Main Street
Peoria, IL 61611

2.112 **State what the contract or lease is for and the nature of the debtor's interest**

Tech Documenation Sdoftware

Scribe
1 Bluxome St
#312
San Francisco, CA 94107

**State the term remaining**

Current

**List the contract number of any government contract**

---

2.113 **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

ServiceChannel.com, Inc.
Attn: Legal Department
30 Patewood Drive
Building 2, Ste 350
Greenville, SC 29615

**State the term remaining**

Current

**List the contract number of any government contract**

---

2.114 **State what the contract or lease is for and the nature of the debtor's interest**

Project Manament

Smartsheet Inc
500 108Th Ave Ne
Bellevue, WA 98004

**State the term remaining**

Current

**List the contract number of any government contract**

---

2.115 **State what the contract or lease is for and the nature of the debtor's interest**

Vendor Agreement

SOCI
Attn: Jacob Chappell
Dept LA 24700
Pasadena, CA 91185-4700

**State the term remaining**

56

**List the contract number of any government contract**

---

2.116 **State what the contract or lease is for and the nature of the debtor's interest**

Solink subscription

SPECIFIC GRAVITY GROUP INC
116 VILLAGE BLVD SUITE 200
PRINCETON, NJ 08540

**State the term remaining**

Current

**List the contract number of any government contract**

---

2.117 **State what the contract or lease is for and the nature of the debtor's interest**

Firm dealing with Trademark work

Spencer Fane LLP
1000 Walnut Suite 1400
Kansas City, MO 64106

**State the term remaining**

Current

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement |
| | **State the term remaining** | Current |
| | **List the contract number of any government contract** | |

Stanley Convergent Security Solutions, Inc.
Attn: Vice President
8350 Sunlight Dr
Fisher, IN 46037

| | | |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement |
| | **State the term remaining** | Current |
| | **List the contract number of any government contract** | |

Starr Indemnity & Liability Company (Texas)
399 Park Ave
2nd Floor
New York, NY 10022

| | | |
|---|---|---|
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease |
| | **State the term remaining** | 38 |
| | **List the contract number of any government contract** | |

Stockdale Capital Partners
10850 Wilshire Blvd. Suite #1050
Los Angeles, CA 90024

| | | |
|---|---|---|
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease |
| | **State the term remaining** | 921 |
| | **List the contract number of any government contract** | |

Stonebridge PTC 2476, LLC
500 North Broadway, Suite 201
PO Box 9010
Jericho, NY 11753

| | | |
|---|---|---|
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease |
| | **State the term remaining** | 1041 |
| | **List the contract number of any government contract** | |

Tampa Westshore Associates Limited Partnership
200 East Long Lake Rd. , MI 48303
PO Box 200
Bloomfield Hills, MI 48303

| | | |
|---|---|---|
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease |
| | **State the term remaining** | 1013 |
| | **List the contract number of any government contract** | |

Taubman Auburn Hills Associates LP
200 East Long Lake Rd.
PO Box 200
Bloomfield Hills, MI 48303

**2.124** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

TBP Propco LLC
c/o M&J Wilkow Properties, LLC
20 South Clark Street, Suite 3000
Chicago, IL 60603

**State the term remaining**

3294

**List the contract number of any government contract**

---

**2.125** **State what the contract or lease is for and the nature of the debtor's interest**

Conduct monthly alcohol visits

The Bars Program
1455 Market Street
Suite 400
San Francisco, CA 94103

**State the term remaining**

Current

**List the contract number of any government contract**

---

**2.126** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

TM Partridge Creek Mall, L.P
1 East Wacker Dr., Suite 3700
Chicago, IL 60601

**State the term remaining**

648

**List the contract number of any government contract**

---

**2.127** **State what the contract or lease is for and the nature of the debtor's interest**

Software subscription

Toast, Inc.
Attn: SVP, IT
401 Park Dr
Ste 801
Boston, MA 02215

**State the term remaining**

982

**List the contract number of any government contract**

---

**2.128** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

Transwestern
Attention: Property Manager
24 Waterway, LLC 24 Waterway, Suite 225
The Woodlands, TX 77380

**State the term remaining**

798

**List the contract number of any government contract**

---

**2.129** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

TSG Persimmon Pointe LLC
2127 Innerbelt Business Ctr Dr. Suite 200
St. Louis, MO 63114

**State the term remaining**

3508

**List the contract number of any government contract**

| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | Twelve Mile Crossing, LLC<br>6220 Campbell Road, 104<br>Dallas, TX 75248 |
| | **State the term remaining** | 464 | |
| | **List the contract number of any government contract** | | |

| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | UberEats<br>P.O. Box 8999<br>San Francisco, CA 94128 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | Data protection | UbiStor, Inc.,<br>Attn: Dan Hill<br>1111 N. Plaza Dr<br>Ste 600<br>Schaumburg, IL 60173 |
| | **State the term remaining** | 591 | |
| | **List the contract number of any government contract** | | |

| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Storage Lease Agreement | Underground Vaults & Storage Inc<br>5621 W. Reno<br>Ste D<br>Oklahoma City, OK 73127 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Firm dealing with real estate transaction review | Underwood Perkins, P.C<br>5420 Lbj Freeway<br>Dallas, TX 75240 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Distributor | US Foods<br>Attn: Rehan S Khan, Supervisor, Financial Analyst<br>9399 W Higgins Rd<br>Ste 500<br>Rosemont, IL 60018 |
| | **State the term remaining** | 44 | |
| | **List the contract number of any government contract** | | |

| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | US VI Downey, LLC c/o Northwood Retial 1819 Wazee Street Denver, CO 80202 |
| | **State the term remaining** | 556 | |
| | **List the contract number of any government contract** | | |

| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | Velocity Retail Partners, LLC c/o Market Street Enterprises 124 12th Ave. S, Suite 5000 Nashville, TN 37203 |
| | **State the term remaining** | 737 | |
| | **List the contract number of any government contract** | | |

| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | Vestar RW Tempe Marketplace, LLC c/o Vestar Development Co. 2425 East Camelback Road, Suite 750 Phoenix, AZ 85016 |
| | **State the term remaining** | 921 | |
| | **List the contract number of any government contract** | | |

| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | Vestar/Kimco Tustin LP 2415 E. Camelback Rd. Suite 100 Phoenix, AZ 85016 |
| | **State the term remaining** | 951 | |
| | **List the contract number of any government contract** | | |

| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | VISA 120 Holger Way San Jose, CA 95134 |
| | **State the term remaining** | Current | |
| | **List the contract number of any government contract** | | |

| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | West Village Commons Holdings, LLC 23400 Michigan Avenue Dearborn, MI 48124 |
| | **State the term remaining** | 283 | |
| | **List the contract number of any government contract** | | |

**2.142** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

Widewaters VI Brier Creek Company LLC
c/o The Widewaters Group, Inc.
5786 Widewaters Parkway
DeWitt, NY 13214-0003

**State the term remaining**    130

**List the contract number of any government contract**

---

**2.143** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

Winterpark Town Center, Ltd.
c/o Casto
250 Civic Center Dr., Ste. 500
Columbus, OH 43215

**State the term remaining**    1652

**List the contract number of any government contract**

---

**2.144** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

Winterpark Town Center, Ltd.
c/o Casto
250 Civic Center Dr., Ste. 500
Columbus, OH 43215

**State the term remaining**    1652

**List the contract number of any government contract**

---

**2.145** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

YAM Westgate, LLC
c/o YAM Properties, LLC
15750 N. Northsight Blvd.
Scottsdale, AZ 85260

**State the term remaining**    4056

**List the contract number of any government contract**

---

**2.146** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Yelp
PO Box 204393
Dallas, TX 75320-4393

**State the term remaining**    Current

**List the contract number of any government contract**

---

**2.147** **State what the contract or lease is for and the nature of the debtor's interest**

Network Traffic Manament

Zscaler

**State the term remaining**    Current

**List the contract number of any government contract**

Fill in this information to identify the case:

Debtor name: BLH Acquisition Co., LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 25-10578

☐ **Check if this is an
amended filing**

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 BLH Holdco LLC | 15305 Dallas Pkwy - 12th Fl Addison, TX 75001 | Antares Midco Inc | ☑ D ☐ E/F ☐ G |
| 2.2 BLH Restaurant Franchises LLC | 15305 Dallas Pkwy - 12th Fl Addison, TX 75001 | Antares Mico Inc | ☑ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name: BLH Acquisition Co., LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 25-10578

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a _____ declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 04/23/2025 | /s/ Leslie Crook |
| Executed on | Signature of individual signing on behalf of debtor |
| | Leslie Crook |
| | Printed name |
| | Chief Administrative Officer |
| | Position or relationship to debtor |